UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNY E. KRIESCH, | ) |
|  | ) |
|     Plaintiff, | ) |
|  | ) |
|   v. | ) Civil Action No. 05-02402 (RMC) |
|  | ) |
| MICHAEL O. JOHANNS | ) |
| SECRETARY OF AGRICULTURE, | ) |
|  | ) |
|     Defendant. | ) |
|  | ) |

## PROOF OF SERVICE

I HEREBY CERTIFY that a copy of the Summons and Complaint in the above-captioned case was served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure on the 4th day of April, 2006, via certified mail, return receipt requested, upon Defendant, the United States Attorney General, and the United States Attorney as follows:

> Michael O. Johanns
> U.S. Department of Agriculture
> Whitten Building, Room 200
> 1400 Independence Ave., S.W.
> Washington, DC 20250-0100

See Exhibit 1 (Copy of Certified Mail card).

> Hon. Kenneth L. Wainstein
> U.S. Attorney's Office
> Judiciary Center Building, 10th Floor
> 555 4th Street, N.W.
> Washington, DC 20001

See Exhibit 2 (Certified Mail receipt and USPS Track and Confirm confirmation).

> The Honorable Alberto Gonzales
> U.S. Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, DC 20530

<u>See</u> Exhibit 3 (Certified Mail receipt and USPS Track and Confirm confirmation).

                                      Respectfully Submitted,


                                        /s/
                              JOSEPH D. GEBHARDT
                                  (D.C. Bar No. 113894)
                              MARK A. DANN
                                  (D.C. Bar No. 484523)
                              GEBHARDT & ASSOCIATES, LLP
                              1101 17th Street, N.W.
                              Suite 807
                              Washington, DC 20036-4716
                              (202) 496-0400

April 11, 2006                    Attorneys for Plaintiff


**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Proof of Service and Exhibits 1-3 was served this 11th day of April 2006, via first class mail, postage prepaid, upon counsel for the Defendant as follows:

                Hon. Kenneth L. Wainstein
                U.S. Attorney's Office
                Judiciary Center Building, 10th Floor
                555 4th Street, N.W.
                Washington, DC 20001


                                        /s/
                              MARK A. DANN