UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNY E. KRIESCH, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. JOHANNS )<br>SECRETARY OF AGRICULTURE, )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 05-02402 (RMC) |

### Errata

Plaintiff Penny E. Kriesch, by and through undersigned counsel, hereby submits this Erratum to her Proof of Service, which was electronically filed with the Court without the attached Exhibits 1-3.

                                                      Respectfully submitted,

                                                            /s/
                                        JOSEPH D. GEBHARDT
                                            (D.C. Bar No. 113894)
                                        MARK A. DANN
                                            (D.C. Bar No. 484523)
                                        GEBHARDT & ASSOCIATES, LLP
                                        1101 17th Street, N.W.
                                        Suite 807
                                        Washington, DC 20036-4716
                                        (202) 496-0400

April 12, 2006                             Attorneys for Plaintiff