# EXHIBIT 1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Myla L_____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Tyrea Lonon  C. Date of Delivery: 4/4/06 |
| 1. Article Addressed to:<br>Michael Johanns<br>U.S. Dept. of Agriculture<br>Whitten Building, Rm 200<br>1400 Independence Ave, SW<br>Washington DC 20250-0100 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1010 0003 3268 9089 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540