**EXHIBIT 2**

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7003 1010 0003 3268 9065
Status: **Delivered**

Your item was delivered at 4:47 am on April 04, 2006 in WASHINGTON, DC 20530.

( Additional Details > )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    ( Go > )

 POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    jobs    National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy





http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    4/5/2006