**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PENNY E. KRIESCH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) Civil Action No. 05-02402 (RMC) |
| | ) |
| MICHAEL O. JOHANNS | ) |
| SECRETARY OF AGRICULTURE, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Joseph D. Gebhardt as counsel for Plaintiff in the above-captioned case.

                                                                         Respectfully submitted,

                                                                            /s/
                                      JOSEPH D. GEBHARDT
                                          (D.C. Bar No. 113894)
                                      MARK A. DANN
                                          (D.C. Bar No. 484523)
                                      GEBHARDT & ASSOCIATES, LLP
                                      1101 17th Street, N.W.
                                      Suite 807
                                      Washington, DC 20036-4716
                                      (202) 496-0400

June 1, 2006                            Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was served this 1st day of June 2006, via electronic case filing through the Court, upon counsel for the Defendant as follows:

>Oliver W. McDaniel, Esq.
>U.S. Attorney's Office
>Judiciary Center Building, 10th Floor
>555 4th Street, N.W.
>Washington, DC 20001

>_____/s/_____
>MARK A. DANN