UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNY E. KRIESCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-02402 (RMC) |
| ) | |
| MICHAEL O. JOHANNS ) | |
| SECRETARY OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>NOTICE OF APPEARANCE</u>**

Please enter the appearance of Valencia R. Rainey as counsel for Plaintiff in the above-captioned case.

                      Respectfully submitted,

                         /s/
                  JOSEPH D. GEBHARDT
                      (D.C. Bar No. 113894)
                  VALENCIA R. RAINEY
                      (D.C. Bar No. 435254)
                  MARK A. DANN
                      (D.C. Bar No. 484523)
                  GEBHARDT & ASSOCIATES, LLP
                  1101 17th Street, N.W.
                  Suite 807
                  Washington, DC 20036-4716
                  (202) 496-0400

June 1, 2006                  Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was served this 1st day of June 2006, via electronic case filing through the Court, upon counsel for the Defendant as follows:

>Oliver W. McDaniel, Esq.
>U.S. Attorney's Office
>Judiciary Center Building, 10th Floor
>555 4th Street, N.W.
>Washington, DC 20001

                              /s/
                              MARK A. DANN