UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PENNY E. KRIESCH** )<br>2702 Muskogee Street )<br>Adelphi, MD 20783 )<br>        )<br>        )<br>    **Plaintiff,** )<br>        )<br>v.    ) | Civil Action No. 05-2402 (RMC) |
| **MICHAEL O. JOHANNS** )<br>**SECRETARY OF AGRICULTURE** )<br>**U.S. Dept. Of Agriculture** )<br>**Whitten Building, Room 200A** )<br>**1400 Independence Ave., S.W.** )<br>**Washington, D.C. 20250-0100** )<br>    **Defendant.** ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Oliver W. McDaniel, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR NUMBER 451-058

By:  _____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

## CERTIFICATE OF SERVICE

I hereby certify that on this 1ˢᵗ day of June, 2006, I caused the foregoing Notice of Appearance to be served on Counsel for the Plaintiff by the Electronic Court Filing system, or if this means fails, then by mail, postage prepaid addressed as follows:

Joseph D. Gebhardt , Esq.
Mark A. Dann, Esq.
Valencia R. Rainey , Esq.
Gebhardt & Associates, LLP
1101 17ᵗʰ Street, N.W., Suite 807
Washington, D.C. 20036-4716

                                                /s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739