UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNY E. KRIESCH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2402 (RMC) |
| | ) |
| MICHAEL O. JOHANNS, | ) |
| SECRETARY OF AGRICULTURE | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CONSENT MOTION FOR AN EXTENSION OF TIME
WITHIN WHICH TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT
AND MEMORANDUM IN SUPPORT THEREOF**

Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an extension of time an extension of time within which to answer or otherwise respond to the Complaint in this action, from June 5, 2006, up to and including July 20, 2006. Counsel for Plaintiff, Mark A. Dann, Esquire, indicated that Plaintiff consents to the motion. Defendant submits and relies further on the following memorandum.

When Counsel for the Defendant contacted Plaintiff's Counsel today about an extension of time until July 5, 2006, for Defendant to answer or otherwise respond to the Complaint in this matter, Plaintiff's Counsel advised Counsel for the Defendant that he intended to file an amended complaint on behalf of the Plaintiff by June 20, 2006, and would agree to give Defendant until July 20, 2006, to answer or otherwise respond to the amended complaint that he anticipated filing.

Accordingly, anticipating that an amended complaint will be filed, Defendant seeks an extension of time within which to answer or otherwise respond to the Complaint in this matter, from Monday, June 5, 2006, up to and including July 20, 2006.

                                  Respectfully submitted,

                                  KENNETH L. WAINSTEIN  
                                UNITED STATES ATTORNEY  
                                D.C. BAR NUMBER 451-058

By:                     /s/                    
        OLIVER W. MCDANIEL, D.C. Bar No. 377-360  
        Assistant United States Attorney  
        Civil Division  
        555 4th Street, N.W.  
        Washington, D.C.  20530  
        (202) 616-0739

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June, 2006, I caused the foregoing CONSENT MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT , and Memorandum in Support Thereof, and proposed Order, to be served on Counsel for the Plaintiff by the Electronic Case Filing system and by mail, postage prepaid, addressed as follows:

Mark A. Dann, Esq.
Gebhardt & Associates, LLP
1101 17th Street, N.W.
Suite 807
Washington, D.C. 20036-4716

on this 1st day of June, 2006.

/s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739