UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE WILDERNESS SOCIETY<br>SOUTHERN UTAH WILDERNESS<br>  ALLIANCE<br><br>      Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR;<br>BUREAU OF LAND MANAGEMENT<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-0650 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR CONTINUED STAY,
AND MEMORANDUM IN SUPPORT THEREOF**

The Defendants, through counsel, the United States Attorney for the District of Columbia, with the full consent of the Plaintiffs, respectfully move this Court for a continued stay of the briefing schedule in this case for a period of thirty (30) days, so that the parties may continue to pursue settlement discussions. As grounds for the motion, Defendants submit the following memorandum in support.

Counsel for the Plaintiffs delivered a settlement proposal to Counsel for the Defendants on May 5, 2006, focusing on documents only at this time. Counsel for the Defendants reviewed Plaintiffs' settlement proposal and communicated a counter-offer to the Plaintiffs today, June 1, 2006. Plaintiffs need additional time to review this counter-offer, and, if the counter-offer is acceptable, both Parties would need additional time to work out the remainder of the details of any settlement of this case. Accordingly, Defendants submit that a continued stay for a period of thirty (30) days should be granted in this case.

WHEREFORE, Defendants respectfully submit that this consent motion for a continued stay for thirty days from June 2, 2006, should be granted. The Court is respectfully referred to the attached proposed order, which Defendants submit should be signed.

                              Respectfully submitted,

                              KENNETH L. WAINSTEIN
                              UNITED STATES ATTORNEY
                              D.C. BAR NUMBER 451-058

By:                 /s/
                              OLIVER W. MCDANIEL, D.C. Bar No. 377-360
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, N.W.
                              Washington, D.C.  20530
                              (202) 616-0739

June 1, 2006