UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE WILDERNESS SOCIETY<br>SOUTHERN UTAH WILDERNESS<br>  ALLIANCE<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF INTERIOR;<br>BUREAU OF LAND MANAGEMENT<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-0650 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Consent Motion for a Continued Stay, and Memorandum in Support Thereof, and it appearing based on the motion and the entire record in the case, that good cause exists to grant the motion, it is this _____ day of _____, 2006,

**ORDERED** that the Defendants' Consent Motion is **GRANTED** and that a stay of all proceedings, specifically the briefing schedule previously ordered, for a period of thirty (30) days, commencing on June 2, 2006, until further order of this Court.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington D.C. 20530

James S. Angell, Esquire
Edward B. Zukoski, Esquire
Earthjustice
1400 Glenarm Place, Suite 300
Denver, CO 80202

Leslie L. Jones, Esquire
The Wilderness Society
1615 M Street, N.W.
Washington, D.C. 20036