UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNY E. KRIESCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-02402 (RMC) |
| | ) |
| MICHAEL O. JOHANNS | ) |
| SECRETARY OF AGRICULTURE, | ) |
| U.S. Department of Agriculture, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### NOTICE OF FILING FIRST AMENDED COMPLAINT

Plaintiff Penny E. Kriesch, by and through undersigned counsel, hereby files this Notice of Filing of the attached First Amended Complaint, and state as follows:

1. As noted in Defendant's June 1, 2006 Consent Motion for an Extension of Time to Answer, counsel for the parties agreed to an extension of Defendant's time to Answer Plaintiff's Complaint until July 20, 2006, with the understanding that Plaintiff would be filing her First Amended Complaint on June 20, 2006.

2. This Court granted Defendant's Consent Motion on June 7, 2006, and Defendant has not yet filed his Answer.

3. Pursuant to Rule 15 of the Federal Rules of Civil Procedure, a plaintiff may amend any pleading once as a matter of course at any time before a responsive pleading is served. See Fed. R. Civ. P. 15.

4. Counsel for the parties have conferred about this Notice.

                                      Respectfully submitted,

                                          /s/
                                   JOSEPH D. GEBHARDT
                                        (D.C. Bar No. 113894)
                                 MARK A. DANN
                                        (D.C. Bar No. 484523)
                                 GEBHARDT & ASSOCIATES, LLP
                                 1101 17th Street, N.W.
                                 Suite 807
                                 Washington, DC 20036-4716
                                 (202) 496-0400

June 20, 2006                    Attorneys for Plaintiff


## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Notice of Filing First Amended Complaint and the accompanying First Amended Complaint was served this 20th day of June, 2006, via both electronic case filing through the court, electronic mail, and first class mail, postage prepaid, upon counsel for Defendant as follows:

                    Oliver W. McDaniel, Esq.
                    Assistant United States Attorney
                    Judiciary Center Building, Tenth Floor
                    555 Fourth Street, N.W.
                    Washington, D.C. 20530

                    Facsimile: (202) 514-8780
                    Email: oliver.mcdaniel@usdoj.gov


                                          /s/
                                 MARK A. DANN