UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNY E. KRIESCH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2402 (RMC) |
| | ) |
| MICHAEL O. JOHANNS, | ) |
| SECRETARY OF AGRICULTURE | ) |
| | ) |
| Defendant. | ) |

SECOND CONSENT MOTION FOR AN
EXTENSION OF TIME WITHIN WHICH TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT
AND MEMORANDUM IN SUPPORT THEREOF

Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, with the full consent of Counsel for the Plaintiff, Mark A. Dann, Esquire, hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an extension of time an extension of time within which to answer or otherwise respond to the Complaint in this action, from July 20, 2006, up to and including September 6, 2006. This response likely will be in form of a dispositive motion. Defendant submits and relies further on the following memorandum.

Counsel for the Defendant needs additional time to confirm details about the administrative process before filing a response. Although Counsel for the Defendant has been inquiring about these details for some time, changes in staffing at the Defendant's agency have made confirmation of these details both time-consuming and tedious. Thus far, information suggests that Plaintiff did not seek counseling timely as to administrative claims advanced concerning her employment in the District of Columbia, potentially subjecting them to dismissal. Her remaining claims relate to her

employment in Maryland, potentially subjecting them to transfer. While Counsel anticipates being able to confirm these details such that he could file in approximately two weeks, conflicting preexisting personal plans and other litigation responsibilities of Counsel for the Defendant and Counsel for the Plaintiff necessitate this request for a more lengthy extension. Moreover, Counsel for the Parties plan to have settlement discussions in this period. Accordingly, Defendant seeks an extension of time to answer or otherwise respond to the Complaint until September 6, 2006.[1]

WHEREFORE, Defendant seeks an extension of time within which to answer or otherwise respond to the Complaint in this matter, from July 20, 2006, up to and including September 6, 2006.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR NUMBER 451-058

By: _____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

---

[1] At the time of this filing, Counsel for the Defendant's building is being evacuated on an emergency basis because of an electrical problem, an additional complication.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July, 2006, I caused the foregoing Second Consent Motion for an Extension of Time Within Which to Answer or Otherwise Respond to the Complaint, and Memorandum in Support Thereof, and proposed Order, to be served on Counsel for the Plaintiff by the Electronic Case Filing system or, if this means fails, then by mail, postage prepaid, addressed as follows:

Mark A. Dann, Esq.
Gebhardt & Associates, LLP
1101 17th Street, N.W.
Suite 807
Washington, D.C. 20036-4716.

/s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739