UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PENNY E. KRIESCH** <br><br> **Plaintiff,** <br><br> v. <br><br> **MICHAEL O. JOHANNS,** <br> **SECRETARY OF AGRICULTURE** <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-2402 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Upon consideration of Defendant's Second Consent Motion for an Extension of Time Within Which to Answer or Otherwise Respond to the Complaint, and Memorandum in Support Thereof, and the entire record of this case, it is hereby

ORDERED that Defendant's Consent Motion for an Extension of Time Within Which to Answer or Otherwise Respond to the Complaint, be GRANTED, and it is

FURTHER ORDERED that, Defendant shall have up to and including September 6, 2006, to answer or otherwise respond to the complaint.


Date this ____ day of _____, 2006.



_____
United States District Judge


cc:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530

Mark A. Dann, Esq.
Gebhardt & Associates, LLP
1101 17th Street, N.W.
Suite 807
Washington, D.C. 20036-4716