UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PENNY E. KRIESCH** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-2402 (RMC) |
| | ) |
| **MICHAEL O. JOHANNS,** | ) |
| **SECRETARY OF AGRICULTURE** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER**

Upon consideration of Defendant's Consent Motion for an Extension of Time Within Which to Answer or Otherwise Respond to the Complaint, and Memorandum in Support Thereof, and the entire record of this case, it is hereby

ORDERED that Defendant's Consent Motion for an Extension of Time Within Which to Answer or Otherwise Respond to the Complaint, be GRANTED, and it is

FURTHER ORDERED that, with the expectation that Plaintiff will file an amended complaint in this matter no later than June 20, 2006, Defendant shall have up to and including July 20, 2006, to answer or otherwise respond to the complaint.

Date this _____ day of _____, 2006.

_____
United States District Judge

cc:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Mark A. Dann, Esq.
Gebhardt & Associates, LLP
1101 17th Street, N.W.
Suite 807
Washington, D.C. 20036-4716