# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PENNY E. KRIESCH,<br>　　　　PLAINTIFF,<br><br>　　　　v.<br><br>MIKE JOHANNS,<br>SECRETARY,<br>U.S. DEPARTMENT OF AGRICULTURE<br>　　　　DEFENDANT. | Civil Action No. 05-2402 (RMC)<br><br><br>Date:　　　August 28, 2006 |

## DECLARATION OF ANNA GRAYSON

I, Anna Grayson, hereby declare and state the following:

1. I am the Director of Civil Rights and Enforcement & Compliance Staff ("CREC"), Animal and Plant Health Inspection Service, Marketing and Regulatory Programs Business Service, U.S. Department of Agriculture ("USDA" or "the Agency").

2. As part of my employment, I have access to the USDA Internet Complaints System called iComplaints. The electronic data is maintained in the ordinary course of business for the Agency.

3. On August 28, 2006, I searched the iComplaints database in the Washington, DC office of CREC for the following Equal Employment Opportunity ("EEO") cases (informal/formal) filed by Ms. Penny Kriesch: Agency Case Nos. 990793, 000170, 010053, and 020011. USDA converted all case numbers when migrating data to the new system. The new case numbers are 1999-00017, 199-01566 and 2000-01596.

4. The records (case file and Report of Investigation) indicate that Ms. Kriesch first made EEO contact for Agency Case No. 990793/1999-01566 on May 4, 1999.

5. The Agency's Office of Civil Rights identified Agency Case No. 9990793/1999-01566 as originally subsumed by the class complaint in Spencer v. Veneman,

1

Equal Employment Opportunity Commission ("EEOC") Appeal No. 01A05280, Agency No. 990659.[1]

6. The case file and Report of Investigation show that Ms. Kriesch made her initial EEO contact for Agency Case No. 000170/1999-00017 on September 26, 1999.

7. The Agency's Office of Civil Rights identified Agency Case No. 000170/1999-00017 as originally subsumed by the class complaint in Spencer, EEOC Appeal No. 01A05280, Agency No. 990659.[2]

8. The case file and Report of Investigation indicate that Ms. Kriesch first made EEO contact for Agency Case No. 010053/2000-01596 on August 24, 2000.

9. The case file and Report of Investigation indicate that on December 4, 2000, the Agency's Office of Civil Rights accepted and consolidated Agency Case Nos. 990793/1999-01566 and 000170/1999-00017.

10. On March 5, 2001, the Agency's Office of Civil Rights issued a Modified Acceptance Letter, which accepted and consolidated for investigation Agency Case Nos. 990793/1999-01566, 000170/1999-00017, and 010053/2000-01596.

11. The iComplaint database does not contain Agency Case. No. 020011. The EEO Counselor's report in the Report of Investigation for Agency Case No. 02001 indicates that Ms. Kriesch made her initial contact with an EEO counselor on July 19, 2001 for Agency Case. No. 020011.

12. The case file contains documentation indicating that on May 29, 2002, Ms. Kriesch requested a hearing for Agency Case Nos. 990793/1999-01566, 000170/1999-00017, and 010053/2000-01596.

13. The case file contains documentation indicating that on January 31, 2003, the Agency Representative notified Administrative Judge ("AJ") Colleen Adams Jackson that Ms. Kriesch's complaints (Agency Case Nos. 990793/1999-01566 and 000170/1999-00017) were subsumed into the Spencer Class which was still pending certification.

14. The case file contains documentation indicating that on March 27, 2003, Ms. Kriesch's files were transferred internally from EEOC AJ Jackson to AJ Gladys Collazo, and the administrative process proceeded for Agency Case Nos.

---

[1] The complaint in Spencer was filed on behalf of all African-American employees of USDA and alleged discrimination on the bases of race, color, and reprisal for prior EEO activity in selections, promotions, performance appraisals, awards, and training programs.

[2] See supra note 1.

2

990793/1999-01566, 000170/1999-00017, and 010053/2000-01596.

15. The case file contains documentation indicating that an EEOC Hearing was held on August 5, 2003 at the EEOC Baltimore District Office Agency Case No. 020011.

16. The case file contains documentation indicating that on December 10, 2003, AJ Linda Kincaid entered an Order of Judgment for Agency Case No. 020011, which found that Ms. Kriesch failed to prove that the Agency unlawfully discriminated against her because of her race or in reprisal for prior EEO protected activity when she was not selected for the position of Program Analysts, GS-13/14, announced by Vacancy Announcement Number 9-77-165-1 in 2001.

17. The case file contains documentation indicating that on March 2, 2004, the Agency fully implemented the EEOC AJ's decision of no discrimination as the final decision on the complaint for Agency Case No. 020011. Ms. Kriesch timely filed an appeal (EEOC Appeal No. 01A43314) from the Agency's Final Decision to the EEOC, Office of Federal Operations for Agency Case No. 020011.

18. The case file contains documentation indicating that on June 3, 2004, the EEOC affirmed the Agency's Final Decision for Agency Case No. 020011 because a preponderance of the record evidence did not establish that discrimination occurred. Afterwards, Ms. Kriesch timely requested reconsideration (EEOC Request No. 05A51017) of the decision for EEOC Appeal No. 01A43314.

19. The case file contains documentation indicating that on December 21, 2004, AJ Collazo dismissed Ms. Kriesch's complaints for Agency Case Nos. 990793/1999-01566, 000170/1999-00017, and 010053/2000-01596; and remanded the case(s) back to the Agency for issuance of a Final Agency Decision.

20. The case file contains documentation indicating that on January 21, 2005, Ms. Kriesch filed an appeal (EEOC Appeal No. 0152321) of AJ Collazo's Order of Dismissal with the EEOC's Office of Federal Operations for Agency Case Nos. 990793/1999-01566, 000170/1999-00017, and 010053/2000-01596.

21. The case file contains documentation indicating that on March 17, 2005, the USDA Office of Civil Rights sent correspondence to the EEOC advising that Ms. Kriesch's complaints were subsumed in the Spencer Class, which was still pending certification. Thus, the USDA Office of Civil Rights could not issue a Final Agency Decision at that time.

22. **(Who has this documentation)** On August 9, 2005, the Spencer Class was dismissed by the EEOC.

3

23. The case file contains documentation indicating that on September 12, 2005, the EEOC Commission found that Ms. Kriesch's request for reconsideration (EEOC Request No. 05A51017) failed to meet the criteria of 29 C.F.R. § 1614.405(b), and was denied.

24. The case file contains documentation indicating that on December 14, 2005, Ms. Kriesch filed her complaint before the District Court for the District of Columbia, 1:05CV0202402, regarding Agency Case Nos. 990793/1999-01566, 000170/1999-00017, 010053/2000-10596, and 020011.

I declare under the penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing is true and correct to the best of my information, knowledge and belief.

*Anna P. Grayson*
Anna Grayson
Director
Civil Rights Enforcement and
Compliance Staff
Animal and Plant Health Inspection
   Service
U.S. Department of Agriculture

4