# EXHIBIT 2

Case 1:05-cv-02402-RMC    Document 11-4    Filed 09/06/2006    Page 1 of 3

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNY E. KRIESCH, <br> PLAINTIFF, <br> <br> v. <br> <br> MIKE JOHANNS, <br> SECRETARY, <br> U.S. DEPARTMENT OF AGRICULTURE <br> DEFENDANT. | Civil Action No. 05-2402 (RMC) <br> <br> Date: July 18, 2006 |

## DECLARATION OF KAREN BENHAM

I, Karen Benham, hereby declare and state the following:

1. I am the Assistant Human Resources ("HR") Officer with the Human Resources Division ("HRD"), Animal and Plant Health Inspection Service ("APHIS"), Marketing and Regulatory Programs Business Services, U.S. Department of Agriculture ("USDA or "the Agency") in Riverdale, Maryland.

2. I have been employed in this position since 2002.

3. One of the missions for HRD is to develop, provide, and interpret HR policy and information.

4. The Agency's recognition program is designed to fairly and equitably recognize and reward individuals and groups for excellence in service to USDA's mission.

5. The different types of recognition categories include non-monetary awards, monetary extra effort awards, and performance bonuses.

6. A performance bonus is monetary recognition given to an employee for having performed well in their normal day-to-day duties. Performance bonuses are intended to recognize a good performance throughout the rating cycle.

7. Programs within APHIS have considerable latitude in developing awards systems to meet their needs and budgets.

8. Programs are not required to develop an awards systems, nor are employees guaranteed recognition or awards. Programs "may" pay a cash award to its employees at its discretion in accordance with Title 5 U.S.C. § 4503, 4505a(a)(1).

I declare under the penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing is true and correct to the best of my information, knowledge and belief.

7/19/06
Date

Karen Benham
Assistant Human Resources Officer
Human Resource Division
Animal and Plant Health Inspection Service
Marketing and Regulatory Programs Business Services
U.S. Department of Agriculture