**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **PENNY E. KRIESCH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-02402 (RMC)** |
| | ) | |
| **MICHAEL O. JOHANNS,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**<u>ORDER</u>**

Upon consideration of Defendant's motion to dismiss, for summary judgment and to transfer, the memorandum of points and authorities in support thereof, any opposition thereto, and the entire record of this case, it is hereby

ORDERED that the Defendant's motion is GRANTED, and it is

FURTHER ORDERED that this action is dismissed with prejudice, that Defendant's motion for summary judgment is granted, and the case is hereby transferred to the District of Maryland, Southern Division.

_____
UNITED STATES DISTRICT JUDGE

Dated this _____ day of _____, 2006.

Copies to:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530

Mark A. Dann, Esq.
Gebhardt & Associates, LLP
1101 17th Street, N.W.
Suite 807
Washington, D.C. 20036-4716