UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNY E. KRIESCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-02402 (RMC) |
| | ) |
| MICHAEL O. JOHANNS | ) |
| SECRETARY OF AGRICULTURE, | ) |
| U.S. Department of Agriculture, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CONSENT MOTION FOR EXTENSION TO TIME TO FILE RESPONSE**

Plaintiff Penny E. Kriesch, by and through undersigned counsel, hereby moves, with Defendant's consent, for a 16-day extension of time until October 6, 2006, to file her response to Defendant's Motion to Dismiss, and in support of the Motion states as follows:

1.  On September 6, 2006, Defendant filed a Motion to Dismiss, along with a 25-page Memorandum and an accompanying Statement of Material Facts.  Plaintiff's deadline to file her response is next week, September 20, 2006.

2.  Defendant's dispositive motion raises several issues which need to be carefully addressed, including arguments in support of dismissal for want of timely initiation of the administrative process.  Plaintiff's Complaint arises from four separate EEO Complaints and alleges multiple instances of discrimination and retaliation based on events that span nearly 10 years.  Thus, Plaintiff needs an extension of time in order to properly research and respond to Defendant's Motion.

3. Also, the counsel primarily responsible for preparing Plaintiff's response is presently litigating a significant hearing (trial) before the Equal Employment Opportunity Commission, which was scheduled to conclude yesterday, but has been continued into next week. He is also preparing for five depositions in another case presently before this Court.

4. No deadlines have been set for the processing of this case, so the brief extension of time requested herein, will have no impact on the scheduling of this case, and it will not prejudice either party.

5. Pursuant to Local Civil Rule 7(m), counsel for the parties have conferred about this Motion, and Defendant consents to this Motion.

For all these reasons, this Consent Motion should be granted. An appropriate Order accompanies this Motion.

                         Respectfully submitted,

                         ____/s/_____
                         JOSEPH D. GEBHARDT
                            (D.C. Bar No. 113894)
                         MARK A. DANN
                            (D.C. Bar No. 484523)
                         GEBHARDT & ASSOCIATES, LLP
                         1101 17th Street, N.W.
                         Suite 807
                         Washington, DC 20036-4716
                         (202) 496-0400

September 15, 2006          Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Consent Motion for Extension to Time to File Response and proposed Order was served this 15th day of September, 2006, via both electronic case filing through the court and first class mail, postage prepaid, upon counsel for Defendant as follows:

>Oliver W. McDaniel, Esq.
>Assistant United States Attorney
>Judiciary Center Building, Tenth Floor
>555 Fourth Street, N.W.
>Washington, D.C. 20530

_____/s/_____
MARK A. DANN