## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNY E. KRIESCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-02402 (RMC) |
| ) | |
| MICHAEL O. JOHANNS ) | |
| SECRETARY OF AGRICULTURE, ) | |
| U.S. Department of Agriculture,) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for Extension to Time to File Response and the full record, it is hereby this ___ day of September, 2006, **ORDERED**:

1. That Plaintiff's Consent Motion for a 16-day extension of time to file her response to Defendant's Motion to Dismiss is GRANTED; and

2. That Plaintiff shall file her response to Defendant's Motion to Dismiss by October 6, 2006.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Joseph D. Gebhardt, Esq.
Mark A. Dann, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 607
Washington, DC 20036-4718

Oliver W. McDaniel, Esq.
Assistant United States Attorney
Judiciary Center Building, Tenth Floor
555 Fourth Street, N.W.
Washington, DC 20530