UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNY E. KRIESCH, )<br>    )<br>    Plaintiff, )<br>    )<br>    v.    )<br>    )<br>MICHAEL O. JOHANNS )<br>SECRETARY OF AGRICULTURE, )<br>U.S. Department of Agriculture,)<br>    )<br>    Defendant. )<br>_____) | Civil Action No. 05-02402 (RMC) |

### MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Plaintiff Penny E. Kriesch, by and through undersigned counsel, hereby moves for a 1-business-day extension of time until October 10, 2006, to file her response to Defendant's Motion to Dismiss, and in support of the Motion states as follows:

   1.   Plaintiff's deadline to file her response to Defendant's Motion to Dismiss is today, October 6, 2006.

   2.   Plaintiff anticipates that she may have as many as 20 exhibits in support of her response to Defendant's Motion. Plaintiff has had to conduct extensive research to respond to Defendant's allegations regarding the timeliness of complaints that date back to 1998.

   3.   Plaintiff's counsel learned this morning that the firm's secretary and one of its attorneys will be out of the office due to illness, and the law clerk who was assisting Plaintiff's counsel was in a car accident yesterday. No other staff is available to assist Plaintiff's counsel in preparing

Plaintiff's response at this time. Thus, Plaintiff needs an extension of time in order to properly prepare her response for filing, in particular, in order to format the documents and scan the exhibits.

    4.   No deadlines have been set in this case, so the brief extension of time requested herein will have no impact on the scheduling of this case and will not prejudice either party.

    5.   Pursuant to Local Civil Rule 7(m), Plaintiff's counsel has attempted to contact Defendant's counsel by telephone to request Defendant's consent to this Motion. However, Plaintiff's counsel has been unable to contact Defendant's counsel.

    For all these reasons, this Consent Motion should be granted. An appropriate Order accompanies this Motion.

                            Respectfully submitted,

                                /s/
                          JOSEPH D. GEBHARDT
                              (D.C. Bar No. 113894)
                          MARK A. DANN
                              (D.C. Bar No. 484523)
                          GEBHARDT & ASSOCIATES, LLP
                          1101 17th Street, N.W.
                          Suite 807
                          Washington, DC 20036-4716
                          (202) 496-0400

October 6, 2006                Attorneys for Plaintiff

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a copy of the foregoing Motion for Extension to Time to File Response and proposed Order was served this 6th day of October, 2006, via both electronic case filing through the court and facsimile, upon counsel for Defendant as follows:

>Oliver W. McDaniel, Esq.
>Assistant United States Attorney
>Judiciary Center Building, Tenth Floor
>555 Fourth Street, N.W.
>Washington, D.C. 20530
>Facsimile: 202-514-8780

>_____/s/_____
>MARK A. DANN