**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PENNY E. KRIESCH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|  v. | ) Civil Action No. 05-02402 (RMC) |
| | ) |
| MICHAEL O. JOHANNS | ) |
| SECRETARY OF AGRICULTURE, | ) |
| U.S. Department of Agriculture, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for Extension of Time to File Response, Defendant's response, if any, and the full record, it is hereby this ___ day of October, 2006,

**ORDERED:**

1. That Plaintiff's Motion is GRANTED; and

2. That Plaintiff shall file her response to Defendant's Motion to Dismiss by October 10, 2006.


                                              ROSEMARY M. COLLYER
                                              UNITED STATES DISTRICT COURT JUDGE

Copies to:

Joseph D. Gebhardt, Esq.
Mark A. Dann, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 607
Washington, DC 20036-4718

Oliver W. McDaniel, Esq.
Assistant United States Attorney
Judiciary Center Building, Tenth Floor
555 Fourth Street, N.W.
Washington, DC 20530