# EXHIBIT 1

# UNITED STATES DEPARTMENT OF AGRICULTURE

## REPORT OF INVESTIGATION

**TITLE:**
Penny E. Kriesch
Program Analyst
GS-301-13
USDA, Animal and Plant
Health Inspection Service (APHIS)
Riverdale, MD 20737

**HOME ADDRESS:**


**REPRESENTATIVE:**
Lawrence Lucas

**CASE NUMBERS:**
990793, 000170, & 010053

**CONTRACTOR:**
CompuCon Incorporated

**INVESTIGATOR:**
James J. Davis

**BASES & ISSUES OF COMPLAINT:**
Discrimination based on race, sex, age, and reprisal

## I.   ISSUES IN THE COMPLAINT

According to the Acceptance Letter to the Complainant from Larry W. Newell, Chief, Employee Complaints Division, Office of Civil Rights, USDA, Washington, DC, Subject: EEO Complaints of Penny E. Kriesch (990793 & 000170), dated December 4, 2000, the following was accepted for investigation:

### 990793

Whether the agency subjected the Complainant to discrimination, based on race (African American), age (43), sex (female), and reprisal, when:

(1) On March 9, 1999, she was notified that she had not been selected for a GS-14 position;

(2) From January 1997 to January 1999, for two years the agency failed to give her performance evaluations cash performance awards commensurate with her performance;

Page 1 of 114

Penny E. Kriesch
USDA Case # 990793, 000170, & 010053

    (3)    From January 1997 to January 1999, the agency failed to provide career development opportunities, when she was not given the same training or special assignments as another, younger white employee;

    (4)    From February 24, 1998 and following, the agency situated her rehired former supervisor in an office close to hers, which supervisor had sexually assaulted her and had been fired from federal service for his actions against her;

**000170**

Whether the agency subjected the Complainant to discrimination, based on race (African American), age (43), sex (female), and reprisal, when:

    (1)    On August 20, 1999, she was denied a position upgrade consistent with the conclusions of a desk audit;

    (2)    Following the desk audit, the agency enacted unfair procedures for processing the audit recommendation to upgrade, resulting in denial of the upgrade;

    (3)    On September 20 and October 12, 1999, she was reassigned to other organizational levels and removed from her headquarters location, effectively removing her from her "as audited grade 14" programs and responsibilities;

    (4)    After the position upgrade was denied, a major duty (Plain Language) was taken from her leadership along with other responsibilities, thereby diminishing her GS-13 position;

On March 5, 2001, the December 4, 2000, acceptance letter was modified to add case 010053, and the following issues were accepted for investigation:

**010053**

Whether the agency subjected the Complainant to discrimination, based on race (African American), age (43), sex (female), and reprisal, when:

    (1)    Management refused to process her "Work Place Violence" investigation resulting from a March 2000, incident in which her supervisor allegedly chased her down a hallway, and tried to take

Page 2 of 114

Penny E. Kriesch
USDA Case # 990793, 000170, & 010053

      her purse, its belongings and personal possessions. On another occasion her supervisor allegedly kicked her door open, yelled and screamed at her, and falsely accused her of wrong doing; and,

(2)    She was suspended for three days, August 15, 16, and 17, 2000, and the events related to the suspension.

On July 13, 2001, the following issues were added to complaint number 000170 for investigation:

**000170 (addendum)**

Whether the agency subjected the Complainant to discrimination, based on race (African American), age (43), sex (female), and reprisal (prior EEO activity), when:

(1)    She was denied a position upgrade to GS-14 in 1997, subsequent to a desk audit that concluded that an upgrade to GS-14 was appropriate; and

(2)    Following the desk audit, the agency enacted a disparate procedure for processing the audit recommendation to upgrade by requiring the audited position to be filled by the competitive process.

**Corrective Actions Requested by Complainant**

Complainant desires the following to resolve her complaints:

1. Retroactive promotion from the time the vacancy announcement for Staff Assistant to the Administrator (Chief of Staff) was published.

2. Change in reporting lines so that Complainant reports to the Deputy Administrator of Plant Protection and Quarantine (PPQ).

3. A change of her duty station to the Whitten Building.

4. Performance evaluations for 1998 and 1999 with ratings of outstanding along with the appropriate cash awards.

5. Threat assessment evaluation completed by an outside party.

Penny E. Kriesch
USDA Case # 990793, 000170, & 010053

6. A written policy from the Administrator of APHIS regarding the keeping of records of persons found to have sexually harassed others, to prevent the harasser from ever being place near the harassee.

7. Maximum compensatory damages.

8. Attorney fees.

9. Suspension expunged from her record.

10. Back pay for period of suspension.

11. Written apology for suspension."

## II. SUMMARY

Complainant is a member of protected groups by virtue of her race (African American), sex (Female), age (DOB: 6/23/56), reprisal and complaining about discriminatory acts at Exhibits 1, 3, and 6.

Whether the Complainant was discriminated against when, on March 9, 1999, she was notified that she had not been selected for a GS-14 position is addressed at Exhibits 6-8, 11, 13, 16, 19, 21, 24, 27, 29, 37, 40, 42-56, and 116-118.

Whether the Complainant was discriminated against when, from January 1997 to January 1999, for two years the agency failed to give her performance evaluations cash performance awards commensurate with her performance, is addressed at Exhibits 6-9, 37, and 121.

Whether the Complainant was discriminated against when, from January 1997 to January 1999, the agency failed to provide career development opportunities, when she was not given the same training or special assignments as another, younger white employee is addressed at Exhibits 6-8, 19, 24, 29, 37, 42, 44, 45, 55, and 56.

Whether the Complainant was discriminated against when, from February 24, 1998 and following, the agency situated her rehired former supervisor in an office close to hers, which supervisor had sexually assaulted her and had been fired from federal service for his actions against her is addressed at Exhibits 6-10, 12, 17, 23, 26, 37, 38, 41, 57-60, and 76.

Whether the Complainant was discriminated against when, on August 20, 1999, she was

Penny E. Kriesch
USDA Case # 990793, 000170, & 010053

denied a position upgrade consistent with the conclusions of a desk audit is addressed at Exhibits 6-9, 14-17, 25, 27, 37, 61-68, 70, 71, and 73-75.

Whether the Complainant was discriminated against when, following the desk audit, the agency enacted unfair procedures for processing the audit recommendation to upgrade, resulting in denial of the upgrade, is addressed at Exhibits 6, 14, 25, and 37.

Whether the Complainant was discriminated against when, on September 20 and October 12, 1999, she was reassigned to other organizational levels and removed from her headquarters location, effectively removing her from her "as audited grade 14" programs and responsibilities is addressed at Exhibits 6-10, 15, 17, 25, 27, 37, 69, 76-79, and 90-92.

Whether the Complainant was discriminated against when, after the position upgrade was denied, a major duty (Plain Language) was taken from her leadership along with other responsibilities, thereby diminishing her GS-13 position is addressed at Exhibits 6, 8-10, 37, and 80.

Whether the Complainant was discriminated against when she was denied a position upgrade to GS-14 in 1997, subsequent to a desk audit that concluded that an upgrade to GS-14 was appropriate is addressed at Exhibits 6, 33, 35-37, and 39.

Whether the Complainant was discriminated against when, following the desk audit, the agency enacted a disparate procedure for processing the audit recommendation to upgrade by requiring the audited position to be filled by the competitive process, is addressed at Exhibits 6, 34, 37, and 116.

Whether the Complainant was discriminated against when, management refused to process her "Work Place Violence" investigation resulting from a March 2000, incident in which her supervisor allegedly chased her down a hallway, and tried to take her purse, its belongings and personal possessions. On another occasion her supervisor allegedly kicked her door open, yelled and screamed at her, and falsely accused her of wrong doing; is addressed at Exhibits 6, 9-11, 14, 15, 17, 18, 20, 26, 28, 30, 31, 37, 94, 96, 97, 99-101, 103-106, 112, 113, and 115.

Whether the Complainant was discriminated against when, she was suspended for three days, August 15, 16, and 17, 2000, and the events related to the suspension, is addressed at Exhibits 6, 9, 10, 15, 20, 24, 37, 81-89, 93, 95, 98, 102, 107-111, 114, 115, 119, 120, and 122.