# EXHIBIT 2

UNITED STATES DEPARTMENT OF AGRICULTURE

REPORT OF INVESTIGATION

**COMPLAINANT:**
Penny Kriesch
Program Analyst
GS-1301-13
USDA
Animal and Plant Health
Inspection Service
Riverdale, Maryland 20737

**HOME ADDRESS:**



**REPRESENTATIVE:**
None

**CASE NUMBER:**
020011

**CONTRACTOR:**
JDG Associates, Inc.
27 Scenic Loop Road
Boerne, Texas 78006

**INVESTIGATOR:**
Roger E. Middleton

**BASIS(ES) & ISSUE(S) OF COMPLAINT:**
Discrimination based on reprisal

## I. ISSUES IN COMPLAINT

According to the Acceptance Letter to the Complainant from Larry W. Newell, Chief Employment Complaints Division, Office of Civil Rights, USDA, Washington, DC, dated May 30, 2002, the following was accepted for investigation:

Whether the Complainant was subject to discrimination on the basis of reprisal for previous EEO activity when: 1) the Agency on July 2001, did not select the Complainant for promotion to the position of Program Analyst, GS-343-13/14, announced under vacancy announcement 9-77-165-1.

Requested Relief:

1. That an inquiry be conducted to:

   a. determine if appropriate information was considered for three vacancies, which she applied to (Number 9-77-165-1, Program Analyst, GS-0343-13/14, Number 9-32-102-9, Staff Assistant to

    the Administrator, GS-0301-14, and Number 9-77-353-9, Program Data Information Manager, GS-0301-13/14);

  b. find out why information had been removed from her resume; and determine if missing information impacted her nonselection; and

2. Promotion to a position at the GS-14 level in another agency with retroactive pay from the effective date that Ms. Banks was promoted into the subject position.

## II. SUMMARY

Whether the Complainant previously engaged in protected activity or opposed unlawful discrimination is at (Exhibits 3, 5, 6, 18);

Whether the agency was aware of Complainant's activity is at (Exhibits 3, 5, 6, 7, 18);

Whether the Complainant was contemporaneously or subsequently adversely affected by some action of the agency is at (Exhibits 1, 3, 5,6);

Whether some connection exist between Complainant's activity and the adverse employment decision is at (Exhibits 1, 3, 5, 6);

Whether the Complainant was a member of a protected group is at (Exhibit 1);

Whether there was a vacancy is at (Exhibits 3, 7, 11, 12, 13);

Whether the Complainant applied is at (Exhibit 13);

Whether the Complainant was qualified; and/or was Complainant rejected is at (Exhibits 13, 22-63);

Whether the vacancy was filled? If so, was the selectee a member of Complainant's protected group? (Exhibits 13 and 17).

## III. DESCRIPTION OF INVESTIGATION

Place of Investigation:    Riverdale, Maryland

Dates of Investigation:    June 3 through October 15, 2002

Date of ROI Submitted:    November 26, 2002