# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNY E. KRIESCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. JOHANNS )<br>SECRETARY OF AGRICULTURE, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-02402 (RMC) |

### DECLARATION OF PENNY E. KRIESCH

I, Penny E. Kriesch, make the following Declaration under penalty of perjury in lieu of an affidavit, in accordance with 28 U.S.C. § 1746. I am aware that this Declaration will be filed with the United States District Court for the District of Coumbia and that it is a statement under oath.

1. I am over 18 years of age and competent to testify to the matters stated herein.

2. Attachment A to this Declaration is a true and accurate copy of the March 1998 page of a calendar I maintained in 1998, which indicates that I met with Barbara Patterson of APHIS's EEO Office on March 13, 1998, from 9:45 to 10:30 a.m. Attachment A also notes that I met with Anna P. Grayson, Director of APHIS's EEO Office on March 19, 1998, at 10:00 a.m. I met with Ms. Patterson and Ms. Grayson to complain about having been relocated to an office in direct proximity to John Good (white).

3. In March 1999, I learned that my white coworkers were being issued merit pay awards based on their annual performance appraisals because I was asked to disseminate the SF-50s that memorialized their cash awards.

4. Attachment B to this Declaration is a true and accurate copy of the March 1999 page

of a calendar I maintained in 1999, which indicates that on March 15, 1999, I was notified that I was not selected for the position of Staff Assistant to the APHIS Administrator ("Chief of Staff") advertised in Vacancy Announcement No. 9-32-102-9. Attachment B also notes that I contacted APHIS's EEO Office on March 22, 1999, to complain about my non-selection and that I obtained a referral to Calvin Jacob, an EEO official assigned to the Agricultural Research Service (ARS), whom I called on March 23, 1999, to set up a meeting. Attachment B confirms that I met with Mr. Jacob on March 30, 1999, at 10:00 am, and that he referred me back to APHIS's EEO Office.

5. Attachment C to this Declaration is a true and accurate copy of the Tuesday, March 30, 1999 "Daily Record of Events" page of a calendar I maintained in 1999, which indicates that I contacted Myra Young of APHIS's EEO Office on that date to file a complaint (an "Intake").

The foregoing facts are true and correct to the best of my knowledge and belief.

_____
Date                                              PENNY E. KRIESCH

# Attachment A

# MARCH 1998

| SUN. | MON. | TUES. | WED. | THURS. | FRI. | SAT. |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 Staff Mtg Tues 3 9½-10:00 9½ | 13 8:30 Cif Co 9:45-10:30 EEO - B Potter | 14 |
| 15 | 16 | 17 Brunch my office Sugar Rally | 18 9:00 Video Shot Fx 10:00 EEO reports Roundtb ② Irish Cancel | 19 10:00 Ann Simpson Linda Moore McNary Seaman ③ Push ④ | 20 | 21 |
| 22 | 23 11:00 Nineveh Andy's Ofc | 24 | 25 | 26 Linda Moore 7:00 Downtown Jack Erlmaster 11:30-1:30 ② Rose B Call Pam 734-4300 for NPB mtg ③ Send list Rubio to Mary re web ④ Note to Dale re Stakeholder ⑤ Payen Reasonts for travel ⑥ Stakeholder mtg Autumn's Strategic Plan ⑦ Info Mgmt Element | 27 3:00 Rose 10:00 NCRLC Cif Call Info Mgmt Moorcock April 16 1:30-3:30 April 2nd BOINT 10-12 ish | 28 10:00 lu call |
| 29 | 30 Juny Nburg | 31 | | | | |

Call → Wed May 18 for PRA 98 Comm Plan External

# Attachment B

# March 1999

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 *notified not selected for staff ass't* | 16 | 17 St. Patrick's Day | 18 | 19 | 20 |
| 21 | 22 *Called APHIS for new APHIS counselor. Referred to case set up app't with Calvin Jacobs* | 23 *Called C. Jacobs, set up meeting* | 24 *3:00 → Wehega* | 25 | 26 | 27 |
| 28 Palm Sunday | 29 | 30 *10:00 Calvin Jacobs 3535 4 referred back to APHIS* | 31 *Taxes 1st Flr 5:00-8:00 Rmy Joel Kahn Erev Passover* |  |  |  |

©1997 Franklin Covey Co. Printed in the U.S.A.                              Original-MO

# Attachment C



**March 1999**
**Daily Record of Events**

**30 Tuesday**

To take off HS →   Calvin Jacops 690-0098
back to
Myra Young → (202) 260-9395
   where are they →
won't accept.