**EXHIBIT 4**



Anna P Grayson
06/28/99 10:08 AM

To: Penny E Kriesch/MD/APHIS/USDA@USDA
cc:
Subject: Re: NCRLC Committee

Penny,

I am sorry that you are again having problems. I see no way that you can file an EEO complaint regarding a work place issue that occurred many years ago. My suggestion to you is to speak with a USDA OIG agent, call Marjorie Bolden with RMSES, or consult an attorney regarding an outside civil action. I sincerely hope that you receive the relief that you need so that you can continue as the productive, active and valuable APHIS employee that you have always been.

We missed you at the meeting. Our delima continues to be obtaining accurate addresses and telephone numbers for SPHD's and Port Directors.....

In spite of all of this I hope you had a Happy Birthday.

Anna