# EXHIBIT 5



Penny E Kriesch
05/03/1999 05:36 PM

To:    Anna P Grayson/MD/APHIS/USDA@USDA
cc:

Subject:  Re: EEO Counseling

I was given a different Linda Small, with I believe an outside counseling service. I thought it was an agency person but have rectified the contact points. I've contacted the other Linda Smalls for assistance but was not contacted by her until well after the 30 day filing period...she was on vacation.

As for a right to file, I have contacted APHIS three times on filing at the informal stage. First, I was given a verbal referral to ARS by APHIS (including the counselor with whom to speak) but no intake form was written up (they said ARS would do it). The second time, I called ARS with the intake and then actually participated in a case deposition session. At the end of the session, the ARS counselor to whom I was referred refused to fill out the intake form without my giving total deposition back to APHIS on the case (which is not a requirement) and who also indicated that I had to go back to APHIS to get a written referral in lieu of the verbal one I already received. (A new requirement that APHIS hadn't expressed).

Not wanting to provide APHIS with the particulars until they were "in line" and I had been counseled on sufficient reason to file (which is part of the initial counseling session), I finally called my intake into USDA to preclude by-passing my timeliness requirements without documentation. Even with that, it took 2 weeks, 6 phone calls and a visit to Gray's office to get a copy of it. And now, the contract couselor still isn't available to take deposition on the case (which was already given to ARS).

The problem is that USDA does not have an infrastructure for managing complaints against high-level officials, particularly if the complaint is to be handled outside the "home" organization (though that is a right of the grievant). That is an administrative problem, not a complainant's issue. Therefore, I am proceeding formally. I will assume I can get the form from the outside contract person (who has agreed we are over the 30 day informal filing time). If not, let me know who can provide it........I'd appreciate the assistance. Thanks.