# EXHIBIT 6



Penny E Kriesch
04/30/1999 12:03 PM

To: Linda Small/MD/APHIS/USDA@USDA
cc: Anna P Grayson/MD/APHIS/USDA@USDA

Subject: EEO Counseling

Thank you for your call of April 28, 1999 regarding your service as an EEO counselor for my informal complaint. What you may not realize is that I initially contacted agency officials in the early part of March and have actually provided 3 complaint intake contacts. Therefore the 30-day Agency response period has expired and I choose to go formal with the case. If you are still assigned to the case, just let me know and we can proceed........