# EXHIBIT 7

 Penny E Kriesch
05/05/1999 11:02 AM

To: Linda Small/MD/APHIS/USDA@USDA
cc: Anna P Grayson/MD/APHIS/USDA@USDA
Subject: Re: Re EEO Counseling

Linda (per our conversation on May 3, 1999)

I received a voice mail that said Linda Small was my EEO counselor for a particular case. Perhaps it was wishful thinking on my part that it be the same one as you....we've always had such a good rapport. Also, I think you'd make a great counselor. Ironically, the counselor's name is Linda Small but she is with another organization. Sorry for any inconvenience...it was one of those natural mistakes.