# EXHIBIT 8

# FAX                                        4/19/99

TO: PENNY KREISCH
    FAX 690-4265

FROM: GLORIA ROGERS
        ECD
    FAX 690-3972

COMPLAINT INTAKE FORM

INFORMAL COMPLAINT.

-APHIS

REQUESTED

# COMPLAINT INITIAL INTAKE FORM

Case Type I (1. Individual, 2. Class)    Case Number

Last name: KRIESCH    First name: PENNY    MI: E
Title (please circle): (MS)/MR./DR.    SSN#: 578 74 1697    Gender: M/(F)
Service Computation Date: 08-21-79
Job Title/Series/Grade: COMM MANAGER GS-301-13
Status: (1) Permanent/2 Temporary/3 Applicant/4 Former employee/5 Special)
Organization - APHIS    Work State: DC
Responsible Agency: APHIS    Responsible State: DC
Work Phone: 202 720-4269    Home Phone: 301 559-1739
Anonymity: (Y)N)    Union: (Y(N)
Home Address: 6309 BALFOUR DR HYATTSVILLE, MD 20782
Work Address: Rm 1630 USDA S BLDG
Counselor Name _____    Phone Number _____

Date of Action: 3/12/99    Date of Contact:

**Basis:**    **Race:**
(A) Age - 43    A. American Indian/Alaskan
B. Color (Specify)    B. Asian/Pacific Islander
C. Nat'l Origin (Specify)    (C) Black
D. Religion (Specify)    D. White
(E) Reprisal ——————— 1. RESPONSE TO SUBPOENA - COURT TESTIMONY
F. Phys Disability (Specify ___)    RE: DEATH THREAT TO ANOTHER USDA EMPLOYEE
G. Ment Disability (Specify ___)    2. 1989 SEXUAL ASSAULT BY SUPERVISOR AND
H. Sex/Male    THREAT OF HARMING (HER) CHILD, RESULTS:
I. Sex/Female    SUPERVISOR REINSTATED AND COMPLAINANT WAS
(J) Race    MOVED FROM WHITTEN BLDG TO PROXIMITY OF HER
    ATTACKER

**Issues:**
A. Appointment/Hire    J. Examination/Test    R. Retirement
(B) Assignment of Duties    (K) Evaluation/Appraisal    S. Time and Attendance
(C) Awards    (L) Harassment/Non-sexual    (T) Training
D. Demotion    M. Harassment/Sexual    U. Term/Conditions of
E. Reprimand    (N) Promotion/Non-selection    Employment
F. Suspension    O. Reassignment Denied    V. Other - Reasonable
G. Termination    P. Reassignment Direct    Accommodations
H. Duty Hours    Q. Reinstatement    W. Other
I. Equal Pay Act Violation

Other:

Responding Official: CRAIG REED, APHIS ADMINISTRATOR
RO Telephone #:    MIKE DUNN, UNDER SEC MARKET REGULATORY PROGRAMS
AL ELDER, DEP ADMINISTRATOR, PLANT PROTECTION QUARANTINE APHIS
CHUCK SCHWALBE, ASSOC DEP ADMIN PLANT PROTECTION QUARANTINE, APHIS