# EXHIBIT 9

 Anna P Grayson
05/04/1999 07:10 AM

To: Penny E Kriesch/MD/APHIS/USDA@USDA
cc: Lauren Hill/MD/APHIS/USDA@USDA
Subject: Re: EEO Counseling

Penny,

I am not sure about the circumstances surrounding your EEO counseling contacts are, however, we (APHIS) have no reimbursable agreement with ARS thus the request for a written referral. This must be an ARS requirement, APHIS will take cases from other agencies without a written referral. Otherwise, it is important that you adhere to the time frames and that the EEO Counselor is a USDA EEO Counselor. As previously mentioned, you must have a "notice of right to file" from a Counselor before you can file a formal complaint. Once you file formal, your complaint must be accepted for processing by the office of civil rights. The EEO Counselor's report is the document used, along with your complaint form, to accept or dismiss the complaint. The infrastructure is the same for all complaints.

Ultimately, all complaints are VS. Dan Glickman. If the processing of a complaint against a management official presents a conflict of interest, then the Civil Rights Director for the agency can make arrangements with another agency to process. If the case warrants an outside EEO Counselor, then an outside firm is contracted. (this is rare due to the number of counselors available in USDA). The date of the initial contact with the EEO Counselor, not the date the EEO Counselor gets started is the official "contact date".

If you have questions on the complaint process, please contact me or Lauren Hill on 720-4622. (She is easier to get during the day.........you know my schedule). The documentation that you have a representative should be presented to the EEO Counselor. In your voicemail, you provided me with the name of your Attorney, however, at this point, your complaint is at the counseling stage and the EEO Counselor is required to work with you and your attorney to resolve, settle, or Mediate the issues presented.

Anna