# EXHIBIT 12



Charles P Schwalbe
10/08/99 12:40 PM

To:   Penny E Kriesch/MD/APHIS/USDA@USDA
cc:   Richard L Dunkle/MD/APHIS/USDA@USDA, Paul R Eggert/MD/APHIS/USDA@USDA

Subject:   Change of Duty Station

Arrangements have been made to transport your furniture, files, equipment and supplies from 1630 South Building to Riverdale on October 18, 1999. Please have your personal property and files boxed for pick-up by close of business October 15, 1999. We will have IT disconnect your computer equipment and ready it for shipment late in the day on October 15.