# EXHIBIT 13



Catherine M Metcalf
02/07/2000 02:57 PM

To: Mona A Grupp/MD/APHIS/USDA@USDA
cc: Towanda B McLeod/MD/APHIS/USDA@USDA, Ken E Johnson/MD/APHIS/USDA@USDA, Penny E Kriesch/MD/APHIS/USDA@USDA

Subject: Re: SF 50 on Penny

Mona,

I pulled two actions for Penny.

1) Realignment from PPQ/ODA to PPQ/RMS effective 10/12/99. This request came from you.

2) We received a request from Charles Schwalbe, Reassignment-Reclass, effective 11/21/99. This action is to a new PD and it is coded this way way when there is a reclass or redescription of duties of the employee's positon (i.e., change in title, series, and/or duties). Generally this action takes place when there is a position review, however in this case it is my understanding it was not a result of a position review.

I will take action to remove the notation in remarks on the SF50B that it is "change is a result of a position review" and a new SF-50B will be issued with the correction.

If you have any questions, I may be reached at 734-3778.

       Catherine
Mona A Grupp



Mona A Grupp
02/07/2000 11:35 AM

To: Catherine M Metcalf/MD/APHIS/USDA@USDA
cc: Penny E Kriesch/MD/APHIS/USDA@USDA, Charles P Schwalbe/MD/APHIS/USDA@USDA
Subject: SF 50 on Penny

Catherine,
I am in receipt of an SF-50 "Notification of Personnel Action" for Penny Kriesch. It states the nature of the action is reassignment, effective 11/21/99 and in remarks the "change is a result of a position review."

The nature of action is correct. The effective date, per my records is 10/12/99, and the reassignment, to my knowledge is not because of a position review. Can you help clarify this?
Mona