# EXHIBIT 14

**USDA**

United States
Department of
Agriculture

Office of the
Assistant Secretary
for Administration

Office of
Civil Rights

1400 Independence
Avenue SW

Washington, DC
20250

DEC 0 4 2000

Mr. Kim D. Mann, Esquire
Shawn Coulson, L.L.P.
Suite 280
1850 M Street, N.W.
Washington, DC 20024

RE: EEO Complaints of Penny E. Kriesch (990793 & 000170)

Dear Mr. Mann:

The complaints of discrimination filed by Ms. Penny E. Kriesch against USDA, Animal and Plant Health Inspection Service (APHIS) are considered filed, respectively, on July 2, 1999, and November 10, 1999. The complaints have been assigned the complaint numbers shown above. Pursuant to 29 C.F.R. sec. 1614.606, the referenced complaints have been consolidated for processing. Since complaint number 990793 was filed first, the identified cases will be tracked under that number, and that number should be referred to in any communication regarding the complaints. We are accepting and referring for investigation the following:

**990793**

Whether the agency subjected the Complainant to discrimination, based on race (African-American), age (43), sex (female), and reprisal, when:
(1) On March 19, 1999, she was notified that she had not been selected for a GS-14 position;
(2) From January 1997 to January 1999, for two years the agency failed to give Complainant performance evaluations or cash performance awards commensurate with her performance;
(3) From January 1997 to January 1999, the agency failed to provide career development opportunities, when Complainant was not given the same training or special assignments as another, younger white employee; and,
(4) From February 24, 1998, and following, the agency has maintained a hostile work environment by situating the complainant's rehired former supervisor in an office close to hers, which supervisor had sexually assaulted her and had been fired from Federal Service for his actions against the complainant?

CONTRACTOR DOCUMENTS, INTERNAL USE ONLY

Exhibit 2
Page 1 of 17

2

000170

> Whether the agency subjected the complainant to discrimination based on race (African American), sex (female), and reprisal when:
> (1) On August 20, 1999, she was denied a position upgrade consistent with conclusions of a desk audit;
> (2) Following the desk audit, the agency enacted unfair procedures for processing the audit recommendation to upgrade, resulting in the denial of the upgrade;
> (3) On September 20 and October 12, 1999, complainant was reassigned to other organizational levels and removed from her headquarters location, effectively removing her from her "as audited grade 14" programs and responsibilities; and,
> (4) After the position upgrade was denied, a major duty (Plain Language) was taken from her leadership along with other responsibilities, thereby diminishing her GS-13 position?

In 000170 you also raised the issue of continuing hostile work environment. This issue is dismissed and will not be referred for investigation, because the situation described in the complaint does not suggest a workplace which is permeated with discriminatory intimidation, ridicule, and insult that is sufficiently severe or pervasive as to alter the condition of the complainant's employment and create an abusive and hostile working environment. (See Harris v. Forklift Systems, Inc., 510 U.S. 17, 1993.)

Our determination that the cited issue is dismissed can be reviewed by an Equal Employment Opportunity Commission (EEOC) administrative judge, should the complainant request a hearing, and can be appealed to the EEOC after the Department has taken final action on the remainder of the complaint. If you would like to submit a statement for inclusion in the complaint file concerning our determination that the issue is dismissible, please provide the statement to me within 7 calendar days after receipt of this letter.

If the complainant believes that the above issues are not correctly identified, please notify the Chief, Employment Complaints Division, in writing, within 7 calendar days of receipt of this letter, specifying exactly what the discrepancy is and how it should be corrected. Comments from the complainant will be taken into consideration in making a determination on whether to revise the accepted claims, and the complainant will be notified accordingly. The office address is: Office of Civil Rights, U.S. Department of Agriculture, 1400 Independence Avenue, S.W., Stop Code 9440, Washington, DC 20250.

When the investigation of the accepted issues of the complaint begins, the Complainant will be contacted by an investigator. All relevant information and the names of witnesses should be provided to the investigator. The Complainant must cooperate with the investigator assigned. Failure to cooperate with the investigator may result in dismissal of the complaint.

Exhibit 2
Page 2 of 17

3

The regulation, 29 C.F.R. sec. 1614.108, requires that an impartial and appropriate investigation be completed by the 180th day after the complaint was filed, unless the parties agree to an extension up to 90 days. We normally will not delay the process because of the regulatory time frames we must meet.

When the Complainant receives the investigation report, the Complainant will have the opportunity to request either an agency decision based on the record or a hearing and a decision from an EEOC administrative judge. The Complainant also has the right to request a hearing from an EEOC administrative judge at any time after 180 days have passed since the complaint was filed and the Complainant has not received the investigation report. Should the Complainant request a hearing, the Complainant must send the request to the EEOC office shown on the enclosure. The Complainant also is required to certify to the EEOC office that a copy of the hearing request was sent to this office at the following address:

> Chief,
> Employment Complaints Division
> Office of Civil Rights
> U.S. Department of Agriculture
> 1400 Independence Avenue, S.W.
> Stop Code 9440
> Washington, D.C. 20250

If the Complainant has any questions or concerns regarding the status of the complaint, the Complainant may submit them in writing at the above-cited address or call (202) 720-7467. All written status reports should be marked ATTN; STATUS CORDINATOR.

Sincerely,

*[signature]*

Larry W. Newell
Chief, Employment Complaints Division
Office of Civil Rights

Enclosure

cc: Anna Grayson, Director, Civil Rights, APHIS
    Penny Kriesch

Exhibit 2
Page 3 of 17