**EXHIBIT 16**



**Penny E Kriesch**
06/22/2000 03:16 PM

To: Mary S Neal/MD/APHIS/USDA@USDA
cc: Cheri A Oswalt/MD/APHIS/USDA@USDA, George S Robertson/MD/APHIS/USDA@USDA, Derevia Y Gray/MD/APHIS/USDA@USDA, Paul R Eggert/MD/APHIS/USDA@USDA, Richard L Dunkle/MD/APHIS/USDA@USDA

Subject: Re: FPS reports

Ms. Oswalt is aware I sent the report to her office nearly two weeks ago. I also forwarded an electronic backup copy (i.e. scanned version - forwarded through e-mail) to physical security (Derevia Gray). I am sure Ms. Gray will share a copy of it, if asked.

I feel have contributed all I should or could to this investigation. I have given personal statement and (beyond my call of duty) sought out and forwarded the FPS report. Again, I am the alleged victim and ethically should not be further involved in the investigative portion of these procedures.

If this team does not have the necessary resources, expertise or strategies to complete this investigation, I suggest you look outside APHIS to the Department (Karen Porciello is the WPV Coordinator) or call FPS for assistance. Or, you might want to permanently contract-out all of these types of actions. It is obvious, to me, this has been too great a request to ask of individual 'lay persons' in the work environment who are scientists or program managers, by 'trade'. FPS was able to size up the situation and involved individuals, immediately (to my relief). It is apparent that refusing to even reassign me from Ms. Grupp's direct supervision demonstrates either pre-judgment, denial or inability to handle. This is particularly troublesome to me in that I proved the initial allegations of insubordination were all false. As they say, 'the truth will out'. But though it's out, it appears you don't want to confront it - - or hold a manager accountable.

I regret I cannot be of more assistance in this matter but professionally and ethically should not be further involved. I would like a response, however, on whether or not you chose to continue the investigation. If not, I will pursue elsewhere.

Mary S Neal



**Mary S Neal**
06/22/2000 11:50 AM

To: Penny E Kriesch/MD/APHIS/USDA@USDA
cc:
Subject: FPS reports

George and I concur that this is dragging on much too long. Do you have any reports you can share?since you were the alledged victim will FPS give them to you as a private citizen without FOIA. Are we talking to the right people in trying to get this information from FPS. I'd be glad to put the request in writing since that may be what it takes but I need a name and address.

Mary

---------------------- Forwarded by George S Robertson/MD/APHIS/USDA on 06/21/2000 01:58 PM ----------------------

**Cheri A Oswalt**    06/20/2000 05:04 PM

To:      George S Robertson/MD/APHIS/USDA@USDA
cc:
Subject:  FPS reports

I just received a call from FPS informing me they would not provide any attachments. That would have to be submitted under the FOIA. I asked them to put something in writing to me to that affect. I'm somewhat confused, because when I was in FOIA we didn't accept request from Federal agencies, since it's an access statute for the public.

In addition, I haven't received any additional reports, even though we know additional reports were filed. If Penny is willing to provide copies to you of what she has been able to obtain, it might be a faster route then the one I'm on.... but I'll keep plugging away!

Cheri