**EXHIBIT 17**

 Penny E Kriesch
08/14/2000 08:44 PM

To: Karen Porciello-DA.@gw@USDA
cc:
Subject: WPV Investigation

Karen,

I provided all the documentation I could on my case, to you. But unfortunately, more incidents have occurred. Mr. George Robertson, I understand, is retiring. APHIS will not process the goading incident between me and my supervisor, even with the confirmatory statements by Ms. Lydia Monroe and the FPS reports. In fact, the head of the WPV incident investigation (Mary Neal) won't even request all the information from Federal Protective Services and keeps trying to place responsibility for the investigation on me. I was even told the reports do not exist though the officers (D.B. Williams and Jerou) have emphatically stated they are willing to come forth at anytime.

I don't know what to do. The supervisor who tried to goad me into a fight called in, indicating that she now has amnesia. No matter what they do to me, I can't get my rights followed up on. Is there anyway this can be processed under your jurisdiction?

Please call me at home on 301-559-1739. Thank you.



**Karen Porciello-DA.@gw**
08/29/2000 05:27 PM

To: Penny E Kriesch@aphisn1@gw
cc:
Subject: Re: WPV Investigation

Penny,
I apologize for taking so long to answer, I had been on the panel to pick the new guard contract. I did speak to Ken, my supervisor regarding all of this and he stated that it was really beyond our authority of investigation, unfortunately. Have you contacted EEO. It is my understanding that every workplace violence incident must be investigated thoroughly and if it isn't maybe the people at Civil Rights can help. I'm sorry we couldn't do more.

>>> Penny Kriesch-APHIS 08/14/00 08:44PM >>>
Karen,

I provided all the documentation I could on my case, to you. But unfortunately, more incidents have occurred. Mr. George Robertson, I understand, is retiring. APHIS will not process the goading incident between me and my supervisor, even with the confirmatory statements by Ms. Lydia Monroe and the FPS reports. In fact, the head of the WPV incident investigation (Mary Neal) won't even request all the information from Federal Protective Services and keeps trying to place responsibility for the investigation on me. I was even told the reports do not exist though the officers (D.B. Williams and Jerou) have emphatically stated they are willing to come forth at anytime.

I don't know what to do. The supervisor who tried to goad me into a fight called in, indicating that she now has amnesia. No matter what they do to me, I can't get my rights followed up on. Is there anyway this can be processed under your jurisdiction?

Please call me at home on 301-559-1739. Thank you.