# EXHIBIT 18

MAR - 5 2001

United States
Department of
Agriculture

Office of the
Assistant Secretary
for Administration

Office of
Civil Rights

1400 Independence
Avenue SW

Washington, DC
20250

## MODIFIED ACCEPTANCE

Ms. Penny E. Kriesch
6309 Balfour Drive
Hyattsville, MD 20782

### RE: EEO Complaint #'s 990793, 000170 & 010053

Dear Ms. Kriesch:

This is in response to your e-mail dated December 7, 2000, and follow-up e-mail dated February 22, 2001, regarding your EEO complaints. Specifically, you disagreed with our December 4, 2000, determination that the hostile work environment claim raised in complainant 000170, is dismissed. Based upon the information provided in your December e-mail, and information provided in a subsequent complaint, case number 010053, filed against the Animal & Plant Health Inspection Service (APHIS), on October 18, 2000, we are revising the December 4, 2000, acceptance letter. This acceptance letter has precedence over our initial acceptance letter.

Pursuant to MD - 110 Chapter 5 (a), to prevent fragmentation of your hostile work environment claim, the above three cases have been consolidated for investigation and further processing. The following claim will be investigated:

Was the complainant subjected to discrimination and a hostile work environment based upon race (African-American), age (43), sex (female), and reprisal, when:

**990793**

> (1) On March 19, 1999, she was notified that she had not been selected for a GS-14 position;
> (2) From January 1997 to January 1999, for two years the agency failed to give Complainant performance evaluations or cash performance awards commensurate with her performance;
> (3) From January 1997 to January 1999, the agency failed to provide career development opportunities, when Complainant was not given the same training or special assignments as another, younger white employee; and,
> (4) From February 24, 1998, and following, the agency situated the complainant's rehired former supervisor in an office close to hers, which supervisor had sexually assaulted her and had been fired from Federal Service for his actions against the complainant?

Exhibit 2
Page 4 of 17

AN EQUAL OPPORTUNITY EMPLOYER

**000170**

(1) On August 20, 1999, she was denied a position upgrade consistent with conclusions of a desk audit;

(2) Following the desk audit, the agency enacted unfair procedures for processing the audit recommendation to upgrade, resulting in the denial of the upgrade;

(3) On September 20 and October 12, 1999, complainant  was reassigned to other organizational levels and removed  from her headquarters location, effectively removing her from  her "as audited grade 14" programs and responsibilities; and,

(4) After the position upgrade was denied, a major duty (Plain Language) was taken from her leadership along with other responsibilities, thereby diminishing her GS-13 position?

**010053**

(1) Management refused to process her "Work Place Violence" investigation resulting from a  March 2000, incident in which her supervisor allegedly chased her down a hallway, and tried to take her purse, its belongings and personal possessions.  On another occasion her supervisor allegedly kicked her door open, yelled and screamed at her, and falsely accused her of wrong doing; and,

(2) she was suspended for three days, August 15, 16, and 17, 2000, and the events related to the suspension?

If you believe that the above accepted claim contains substantive omissions please notify the Chief, Employment Complaints Division, in writing within 7 calendar days after receipt of this letter, specifying what material information should be included.  Your comments  will be taken into consideration when making a determination on whether to revise the accepted claim.

**The investigation for complaint numbers 990793 and 000170, was initially contracted on February 13, 2001, based on the December 4, 2000, acceptance letter.  The investigation firm has been notified of this modified acceptance and will adjust the investigation accordingly.**  When the investigation of the accepted issue of your complaint begins, you will be contacted by an investigator.  You should present to the investigator all information you wish considered and the names of any witnesses you believe should be contacted.  You must cooperate with the investigator assigned.  Failure to cooperate with the investigator may result in the dismissal of the complaint.

The complaint was filed under 29 C.F.R. Part 1614, which requires that an impartial and appropriate investigation be completed by the 180th day after the complaint was filed, unless the parties agree to an extension up to 90 days.  We normally will not delay the process because of the regulatory time frames we must meet.

When you receive the investigation report, you will have the opportunity to request either an agency decision based on the record or a hearing and a decision from an Equal Employment

Exhibit ___2___

Page ___5___ of _17_

3

Opportunity Commission (EEOC) administrative judge. You also have the right to request a hearing from an EEOC administrative judge at any time after 180 days have passed since you filed your complaint and you have not received the investigation report. Should you request a hearing, you must send the request to the EEOC office designated in the initial letter we sent you acknowledging receipt of your complaint. As instructed in that letter, you must also certify to the EEOC that a copy of the hearing request was sent to this office at the following address:

>Chief
>Employment Complaints Division
>Office of Civil Rights
>U.S. Department of Agriculture
>1400 Independence Avenue, S.W.
>Stop Code 9440
>Washington, DC 20250

If you have a change of address, this office must be notified immediately. Failure to do so may limit the complainant's recovery or result in the dismissal of the complaint.

If you have any questions or concerns regarding the status of your complaint, you may submit them in writing at the above-cited address or call (202) 720-7467. All written status requests should be marked ATTN: STATUS COORDINATOR.

Sincerely,

Larry W. Newell
Chief, Employment Complaints Division
Office of Civil Rights

cc:    Lawrence Lucas, Representative
       Anna Grayson, Director, APHIS, CR
       Compucon, Contract Investigation Firm

Exhibit 2
Page 6 of 17