**EXHIBIT 19**

## U.S. DEPARTMENT OF AGRICULTURE
## REPORT OF COUNSELING

| | |
|---|---|
| **EEO COUNSELOR:** | Robert L. Singletary |
| **ADDRESS:** | DSZ & Associates<br>455 West Broadway<br>Boston, MA 02127 |
| **PHONE NUMBER:** | (617) 269-0849 |
| **DATE OF REPORT:** | October 5, 2001 |

### INFORMATION ABOUT THE COMPLAINANT

| | |
|---|---|
| Name (Last/First/MI): | Kriesch, Penny |
| Title/Series/Grade: | Program Analyst, GS-301-13 |
| Organization: | Animal and Plant Health Inspection Service<br>U.S. Department of Agriculture |
| Work Address: | 4700 River Road 5A27<br>Riverdale, MD 20737 |
| Work Phone Number: | (301) 734-8412 |
| Home Address: | 2702 Muskogee Street<br>Adelphi, MD 20783 |
| Home Phone Number: | (301) 408-2608 |
| Anonymity: No | Union: No |

### RESPONDING OFFICIAL (RO)

| | |
|---|---|
| Name/Title: | Mary S. Neal, Director<br>Plant Protection and Quarantine<br>Plant Health Programs<br>Animal and Plant Health Inspection Service |
| Address: | 4700 River Road<br>Riverdale, MD 20737 |
| Phone Number: | (301) 734-8261 |

Exhibit 3
Page 2 of 9

24

## COMPLAINT INFORMATION

**Basis of Complaint:**

Reprisal for filing complaints in 1989 and 1998, and participating in various EEO activities; e.g., Eastern Region Chairperson, Coalition of Minority Employees and African American Class Representative for a Class Act that is on appeal at EEOC.

**Issue of Complaint (including date of each issue):**

The Aggrieved claims that:

1. She was not selected for Vacancy Announcement Number 9-77-165-1, Program Analyst, GS-0343-13/14 [Linda Banks (black-female) was selected]. She learned of the non-selection on or about July 12, 2001;

2. Items were removed from her resume/171. She requested a copy of her resume/171 on July 3, 2001.

## COUNSELING PROCESS

| | |
|---|---|
| Initial Contact with EEO Office: | July 19, 2001 |
| Initial Contact with EEO Counselor: | August 3, 2001 |
| Extension Granted: | August 31, 2001 |
| Complainant's Notification of Rights Informal EEO Complaints Issued: | August 6, 2001 |
| Date Right to File Notice Issued: | September 28, 2001 |
| Date Counselor's Report Issued: | October 5, 2001 |

## THE ISSUE(S):

For each issue identified, describe the policy, practice or procedure alleged to be discriminatory, including date of occurrence for each issue.

The Aggrieved claims that she was not selected over the Selectee for Vacancy Announcement Number 9-77-165-1, Program Analyst, GS-343-13/14, even though she had strategic planning experience and a master's degree. The announcement opened on February 5, 2001 and closed on February 26, 2001. She thought it might be during this period that the Selectee was placed in a strategic planning position in the Information Technology Division for three months to gain experience to nose her out of the position.

The Aggrieved asserted that she was not selected based on reprisal for filing previous EEO complaints in 1989 (sexual assault/harassment against John Good), and in 1998 (reprisal/retaliation for previous EEO complaints). She stated that both she and the Selectee were African Americans, however, the Selectee had not filed any EEO suits.

The Aggrieved stated that she questioned how she could have scored lower on her application since the agency uses the strategic planning process (including the Selectee) that she designed several years ago. Andrea Morgan, Behavior Event Interview (BEI) Panel member, informed her that she was the best interviewer at the BEI. She stated that she would like a sanitized copy of the Selectee's 171/resume and a copy of the 171/resume that she submitted that is on record in Personnel. The Aggrieved stated that this is the third time that she had applied for vacancies and had been told that her resume was in disarray and not up to par. She asserted that according to Dale Rendahl, Merit Promotion Panel Member, her application was not up to its usual par. She thought that this was highly suspect in that she had routinely sent in bound and tabbed resumes with a table of contents. She explained that this is the third time that her application had apparently been different from what she believed she had submitted. The first time was for Vacancy Announcement Number 9-32-102-9, Staff Assistant to the Administrator, GS-301-14. Under FOIA, she found out that awards were missing from her resume. The second time was for the position of Data Information Manager. The rationale from the selecting official for her nonselection for this vacancy was that she did not have managerial experience--ignoring voluminous information on her winning the FDA Commissioner's award of merit for leadership/management, as well as serving as an external and internal consultant on management.

Additionally, the Aggrieved claims that vacancies are not posted or made available to people.

[Reprisal for previous EEO activity is a violation to the USDA Civil Rights Policy Statement, dated February 28, 1997, and Title VII of the Civil Rights Act of 1964, as amended.]

### SPECIFIC CORRECTIVE ACTION(S) REQUESTED BY COMPLAINANT:

To resolve Ms. Kriesch's issues, she requested:

1. That an inquiry be conduced to
   a. determine if appropriate information was considered for three vacancies, which she applied to (Number 9-77-165-1, Program Analyst, GS-0343-13/14, Number 9-32-102-9, Staff Assistant to the Administrator, GS-0301-14, and Number 9-77-353-9, Program Data Information Manager, GS-0301-13/14);
   b. find out why information had been removed from her resume; and
   c. determine if missing information impacted her nonselection; and
2. Promotion to a position at the GS-14 level in another agency with retroactive pay from the effective date that Ms. Banks was promoted into the subject position.

## NAME, TITLE, WORK ADDRESS, PHONE NUMBER, AND NATURE OF INVOLVEMENT OF OTHERS IN THE CASE:

Marylynn Horst
Director of Human Resources
1400 Independence Avenue S.W., Rm. 1709
Washington, DC 20250
(202) 720-6377

Cheri Oswalt, (Chairperson-Merit Panel)
Deputy Director
Emergency Planning and Response Division
4700 River Road
Riverdale, MD 20737
301-734-5698

John Payne
Associate Director, Plant Health Programs
(301) 734-8786

Russell Caplen, Lead Analyst (Program Contact)
Policy, Planning and Critical Issues
~~(301) 734-7601~~ (202) 720-2163

Catherine M. Metcalf
Personnel Staffing Specialist
Personnel Services Center
(301) 734-3778

Towanda McLeod
Supervisory Human Resources Specialist
Personnel Services Center
(301) 734-4991

Faith Taylor
Personnel Services Center
(301) 734-5651

## FACTS DEVELOPED IN THE INQUIRY:

**Documents reviewed:** See attachments.

Interviews conducted:

**August 24, 2001, interview with Cheri A. Oswalt (white)**

Ms. Oswalt stated that she had no way of knowing if the Aggrieved's resume in the attached was the same as the one she reviewed as part of the Merit Promotion Panel. She did remember that the Aggrieved's resume was very large and had news articles attached. The Panel members came up with a consensus of the Best Qualified. She stated that the selecting official had been sent the merit certificate with the names of the Best Qualified in alphabetical order, which included the Aggrieved. The selecting official does not see the ratings of the Panel.

**August 24, 2001, and September 11, 2001, interviews with Catherine Metcalf (white)**

Ms. Metcalf explained that it was the selecting official's option to interview or not interview the Best Qualified. Non-Selectees may find out if they were referred to the selecting official and the selecting official provides them the reasons why they were not selected. The original resume is given to the selecting official.

Ms. Metcalf stated that the PPQ Office normally convenes a Technical Panel and a BEI Panel. The Technical Panel normally meets before the BEI. These panels are organized by individual offices and are not facilitated by the Human Resources Office. The Technical Panel is composed of subject matter experts and the BEI has a trained facilitator.

**August 27, 2001, interview with John Payne (white)**

Mr. Payne stated that he did not know what issues were involved in the Aggrieved's former complaints or whom the complaints were against. He assumed that her direct reassignment into his office was part of a settlement agreement. He explained that the Aggrieved expressed some anger concerning the situation. Mr. Payne stated that he had a highly qualified pool of candidates for the subject vacancy. The four top candidates were all women. Mary "Connie" Williams had been detailed to the Program Planning Division but was not selected for the subject position. Ms. Banks served in the Information Technology Division and its predecessor organization in planning and analysis positions for a number of years. Mr. Payne stated that he convened two panels to rank candidates: a Technical Panel, which reviewed resumes and a BEI Panel, which interviews candidates. Russ Caplen was the administrative coordinator for the panels. Mr. Payne explained that he did not look at the findings from the Technical Panel until the BEI was completed. The BEI had standard questions and there was an EEO observer, a facilitator, and three panelists. The panels ranked candidates as follows:

| Behavior Event Interview | Technical Panel |
|---|---|
| 1. Penny Kriesch | 1. Linda Banks |
| 2. Linda Banks | 2. Connie Williams |
| 3. Connie Williams | 3. Ruth Rosenthal |
| | 4. Penny Kriesch |

Mr. Payne explained that using panels to review candidates is a standard process in PPQ. He considered the recommendations from the Technical Panel stronger and gave more credence to this Panel. He also interviewed current and previous supervisors of candidates. He further stated that Steve Knight and Connie Williams were in the planning position when the strategic planning system was actually developed.

Mr. Payne explained that he was the selecting official for the subject vacancy, but the selection was a consensus decision between he and Ms. Neal.

**September 11, 2001, interview with Russell Caplen (white)**

Mr. Caplen explained that he assembled the panel members for the Technical and BEI panels

| Behavior Event Interview Panel | Technical Panel |
|---|---|
| Ron Komsa (white) | Phil Garcia (Hispanic) |
| Cynthia Mercado (black) | Elna Hunter (white) |
| Andrea Morgan (white) | Michael Colbert (black) |
| Faith Taylor (white) Facilitator | (Civil Rights Staff) |
| Lia Stewart (black) | |
|   EEO Advisory Committee | |

Mr. Caplen stated that the BEI panel members do not see the results of the Technical Panel.

**September 10, 2001, interview with Mary Neal (black)**

Ms. Neal stated that the BEI is used to solicit responses from candidates about situations they have performed to let the panel know they can do the job. Candidates are encouraged to use "I" and they are given questions before the interview sessions. Questions are centered on the KSAs for the position. She explained that the BEI and Technical panels have been in APHIS for approximately 15 years.

Ms. Neal stated that she was aware of a complaint that the Aggrieved filed against the Associate Deputy Administrator concerning the upgrading of her position and that the Aggrieved was reassigned from the DC office to her current position.

Ms. Neal asserted that she selected Ms. Banks over the Aggrieved because she came to the job with lots of recent experience in planning; was part of the Information Technology planning process; was an independent worker, a self starter; had a great deal of verbal skills; was able to work independently; had a strong network and alliances with other related agencies; had experience with the Government Performance Results Act, and she worked had worked with Y2K. The Aggrieved had perform a lot of different assignments but did not have recent experience in strategic planning activities, did not have a strong alliance with other agencies, and did not have global agency perspective on strategic planning activities.

Ms. Neal stated that she could not resolve the Aggrieved requests. Further, she stated that the Aggrieved was the only GS-13 in her office and there would probably be a GS-14 vacancy in the future. However, the Aggrieved would have to complete for the job along with others.

### September 13, 2001, interview with Marylynn Horst (white)

Ms. Horst stated that she had been sent a copy of an email, from the Aggrieved, that had been sent to Towanda McLeod and Faith Taylor concerning a complaint that items had been removed from the her resume/171. She recommended I talk with Ms. McLeod and Ms. Taylor.

### September 13, 2001, interview with Faith Taylor (white)

Ms. Taylor stated that the Aggrieved emailed her to get a copy of her resume and evaluations from the panel. She explained to the Aggrieved that she had been the facilitator for the BEI but she did not have any of the paperwork for the paper panel review. She asserted that she gave a copy of the Aggrieved's resume to her.

### September 18, 2001, interview with Towanda McLeod (black)

Ms. McLeod stated that she did not receive any complaints of items missing from the Aggrieved's resume. She asserted that all items are keep with the resume submitted by an applicant. Resumes are kept for two years before they are shredded. Applicants may visit the Human Resources office to see their resumes. There are some items that may not be used in the rating process; e.g., pictures, but they are not discarded. All jobs are posted on the USA Jobs OPM web page, plus a summary in the APHIS web page.

### RESOLUTION EFFORTS:

To resolve the Aggrieved's issues, interviews were conducted with Marylynn Horst, Cheri Oswalt, John Payne, Russell Caplen, Catherine M. Metcalf, Towanda McLeod, and Faith Taylor and the attached documents were reviewed.

## CLOSURE:

The Aggrieved was informed of the interviews that were conducted and the documents reviewed and that her issue could not be resolved. She was forwarded a Notice of Right to File a Formal Complaint and a Complaint of Employment Discrimination form on September 28, 2001.

_____        October 5, 2001
Robert L. Singletary                                              Date
EEO Counselor