**EXHIBIT 20**

Case 1:05-cv-02402-RMC    Document 15-21    Filed 10/11/2006    Page 1 of 3

**USDA**

United States
Department of
Agriculture

Office of the
Assistant Secretary
for Administration

Office of
Civil Rights

1400 Independence
Avenue SW

Washington, DC
20250

MAY 30 2002

Mr. Alex Talmadge, Esquire
7140 Ardleigh street
Philadelphia, Pennsylvania 19119

RE:  EEO Complaint number 020011
     Penny Kriesch

Dear Mr. Talmadge:

The October 1, 2001 Equal Employment Opportunity (EEO) complaint of discrimination against the Animal & Plant Health Inspection Service (APHIS), complaint number 020011, by Penny Kriesch is considered filed on October 2, 2001. It has been assigned the complaint number 020011. Please refer to this complaint number in any future communication on this EEO complaint.

We are accepting and referring for investigation:

> Whether the APHIS subjected the complainant to discrimination based on reprisal for previous EEO complaint activity and opposing discrimination by the July 2001 non-selection for a Program analyst GS 13/14 position advertised under announcement 9-77-165-1?

If your client desires, you may submit a written statement concerning this articulation of the accepted issues. Any such statement must be submitted within 7 calendar days from receipt of this letter and will be included in the complaint file. The statement should be sent to the following address:

> Chief
> Employment Complaints Division
> Office of Civil Rights
> U.S. Department of Agriculture
> 1400 Independence Avenue, S.W.
> Stop Code 9440
> Washington, DC 20250

The Department of Agriculture (Department) is required, under 29 C.F.R. §1614.108 to complete an impartial, factual and appropriate investigation of the accepted claim(s) within 180 days of the date the subject EEO complaint was filed. An appropriate factual record is one that allows a reasonable fact finder to draw conclusions as to whether discrimination occurred. The complainant and the Department may voluntarily extend the 180-day time period not to exceed an additional 90 days. In addition, the Department

Exhibit __2__

Page __1__ of __2__

may unilaterally extend the 180-day time period or any period of extension for not more than 30 days where it must sanitize a complaint file that contains classified information.

When the investigation begins, your client will be contacted by an investigator. Your client is required to fully cooperate with the investigator. Failure to do so may result in dismissal of the EEO complaint. Present to the investigator all information you or your client wish considered relevant to the accepted issues. Also, provide the investigator with the names of any witnesses you or your client believe should be contacted.

You must keep the agency informed of your and your client's address. If the Department is unable to locate your client, it may dismiss the EEO complaint under 29 C.F.R. §1614.107(a)(6).

When you receive the investigation report, you will be notified of your client's right to elect either an agency decision based on the record or a hearing with a decision from an Equal Employment Opportunity Commission (EEOC) Administrative Judge. The notification will provide you with specifics on how to exercise these election rights.

If your client has not received the investigation report after 180 days from the filing of the EEO complaint, your client has the right to request a hearing from an EEOC Administrative Judge. Should your client request a hearing, you must send the request to the EEOC office designated in the initial letter we sent acknowledging receipt of the complaint. As instructed in that letter, you must also certify to the EEOC that a copy of the hearing request was sent to the Chief, Employment Complaints Division, at the above-cited address.

If you or your client have any questions or concerns regarding the status of the complaint, you may submit them in writing at the above-cited address or call (202) 720-7467. All written status requests should be marked ATTN: STATUS COORDINATOR.

Sincerely,

Larry W. Newell
Chief, Employment Complaints Division
Office of Civil Rights

cc: Michael Holmes, APHIS
    Anna Grayson, APHIS
    Penny Kriesch, 2702 Muskagee Street, Adelphi, Maryland 20783

Exhibit 2
Page 2 of 2