# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNY E. KRIESCH, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. JOHANNS )<br>SECRETARY OF AGRICULTURE, )<br>U.S. Department of Agriculture, )<br>)<br>   Defendant. )<br>_____) | Civil Action No. 05-02402 (RMC) |

## ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss, for Summary Judgment, and to Transfer; Plaintiff's Opposition, Defendant's Reply, if any, and the full record, and

Whereas, Plaintiff's Complaint and First Amended Complaint alleges that Defendant took several adverse actions against her and subjected her to a hostile working environment on the basis of her race and in retaliation for prior protected activities. Specifically, she alleges that Defendant took eight discriminatory and/or retaliatory actions against her between 1997 and 2001;

It is hereby this ___ day of _____, 2006, **ORDERED**:

1. That Defendant's Motion is DENIED; and

2. That Plaintiff timely initiated contact with Defendant's Office of Civil Rights concerning each of her claims of discrimination and retaliation, and fully exhausted all administrative remedies with respect to each of her eight allegations.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Joseph D. Gebhardt, Esq.
Mark A. Dann, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716

Oliver W. McDaniel, Esq.
Assistant United States Attorney
Judiciary Center Building, Tenth Floor
555 Fourth Street, N.W.
Washington, DC 20530