## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PENNY E. KRIESCH** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 05-2402 (RMC)** |
| | ) |
| **MICHAEL O. JOHANNS,** | ) |
| **SECRETARY OF AGRICULTURE** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### STATUS REPORT AND CONSENT MOTION FOR AN EXTENSION
### OF TIME TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT
### OF DEFENDANT'S MOTION TO DISMISS AND TO TRANSFER

Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, with the full consent of Counsel for the Plaintiff, Mark A. Dann, Esquire, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file a reply memorandum in further support of his motion to dismiss and to transfer, from October 19, 2006, up to and including November 7, 2006.

This extension of time is necessitated both by the unanticipated personal and litigation demands of Counsel for the Defendant. Specifically, Counsel has a close relative who was hospitalized, requiring Counsel's attention. In addition, Counsel himself suffered a brief period of physical incapacitation. Further, concerning litigation, Counsel has had to complete a motion for a protective order as to discovery noticed on Supreme Court Justices by a *pro se* litigant, and other filings, in Sibley v. Breyer, et al., C.A. No. 06-0107 (RMC), an appeal evaluation and notice of appeal in Canadian Commercial Corp., et al. v. Air Force, C.A. No. 04-1189 (JDB) and a Supplemental Vaughn Index in Northwestern Univ. v. U.S. Dept. of Agriculture, C.A. No. 05-0932

(RMU), and preliminary preparation for an appellate argument that was scheduled on short notice. In addition, Counsel must file a motion for summary judgment in <u>Davis v. Gonzalez</u>, C.A. No. 03-2531 (RBW). These and other demands necessitate this requested extension. Accordingly, Defendant seeks an extension of time to file a reply memorandum up to and including November 7, 2006.

Apart from this requested extension and the reply memorandum to be filed, Defendant advises the Court that the parties are committed to having settlement discussions concerning this case before final resolution of this motion. The motion, even if granted, is not fully dispositive of the case, and claims will remain which, at least, will involve discovery. Accordingly, Counsel for the Defendant is committed to seeking settlement authority, to making an offer, assuming authority is obtained, and participating in a settlement conference. The parties are discussing referral of the case to the D.C. Circuit Executive's Alternative Dispute Resolution program, as one option.

WHEREFORE, Defendant submits that this consent motion for an extension of time to file a reply memorandum in further support of his motion to dismiss and to transfer should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By: _____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of October, 2006, I caused the foregoing Status Report

and Consent Motion for an Extension of Time to File  a Reply Memorandum in Further Support of

His Motion to Dismiss and to Transfer, and proposed Order, to be served on Counsel for the Plaintiff

by the Electronic Case Filing system or, if this means fails, then by mail, postage prepaid, addressed

as follows:


Mark A. Dann, Esq.
Gebhardt & Associates, LLP
1101 17th Street, N.W.
Suite 807
Washington, D.C. 20036-4716.


_____/s/_____

OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739
