UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PENNY E. KRIESCH** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | ) Civil Action No. 05-2402 (RMC) |
| | ) |
| **MICHAEL O. JOHANNS,** | ) |
| **SECRETARY OF AGRICULTURE** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |

## ORDER

Upon consideration of Defendant's Consent Motion for an Extension of Time to File a Reply Memorandum in Further Support of His Motion to Dismiss and to Transfer, and the entire record of this case, it is hereby

ORDERED that Defendant's Consent Motion for an Extension of Time, be GRANTED, and it is

FURTHER ORDERED that, Defendant shall have up to and including November 14, 2006, to file a reply memorandum in further support of his motion to dismiss and to transfer.

Date this _____ day of _____, 2006.

_____
United States District Judge

cc:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Mark A. Dann, Esq.
Gebhardt & Associates, LLP
1101 17th Street, N.W.
Suite 807
Washington, D.C. 20036-4716