UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PENNY E. KRIESCH** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2402 (RMC) |
| | ) |
| **MICHAEL O. JOHANNS,** | ) |
| **SECRETARY OF AGRICULTURE** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ERRATA TO DEFENDANT'S
CONSENT MOTION FOR AN EXTENSION
OF TIME TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT
OF DEFENDANT'S MOTION TO DISMISS AND TO TRANSFER**

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully submits herewith a copy of his Consent Motion for an Extension of Time to File a Reply Memorandum in Further Support of Defendant's Motion to Dismiss and to Transfer, recognizing that, on November 6, 2006, Counsel for the Defendant mistakenly filed two (2) copies of the proposed order for his Consent Motion for an Extension of Time to File a Reply Memorandum in Further Support of Defendant's Motion to Dismiss and to Transfer (Docket No. 17), but not the Motion itself.

WHEREFORE, Defendant respectfully submits this Errata to Defendant's Consent Motion for an Extension of Time to File a Reply Memorandum in Further Support of his Motion to Dismiss and to Transfer, that is, a corrected copy of the motion.

                                  Respectfully submitted,

                                  JEFFREY A. TAYLOR
                                  UNITED STATES ATTORNEY
                                  D.C. BAR NUMBER 498-610

By:                 /s/                
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

November 7, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2006, I caused the foregoing , Errata to Defendant's Consent Motion for an Extension of Time to File a Reply Memorandum in Further Support of Defendant's Motion to Dismiss and to Transfer, and proposed Order, to be served on Counsel for the Plaintiff by the Electronic Case Filing system or, if this means fails, then by mail, postage prepaid, addressed as follows:

Mark A. Dann, Esq.
Gebhardt & Associates, LLP
1101 17th Street, N.W., Suite 807
Washington, D.C. 20036-4716.

/s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739