UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| PENNY E. KRIESCH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2402 (RMC) |
| | ) |
| MICHAEL O. JOHANNS, | ) |
| SECRETARY OF AGRICULTURE | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CONSENT MOTION FOR AN EXTENSION
OF TIME TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT
OF DEFENDANT'S MOTION TO DISMISS AND TO TRANSFER**

Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, with the consent of Counsel for the Plaintiff, Mark A. Dann, Esquire, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for another extension of time (one week) within which to file a reply memorandum in further support of his motion to dismiss and to transfer, from November 7, 2006, up to and including November 14, 2006.

This extension of time is necessitated both by the unanticipated personal and litigation demands of Counsel for the Defendant. Specifically, Counsel himself suffered a recurrence of an incapacitating foot problem, beginning Friday, November 3, 2006, the treatment for which frustrated Counsel's efforts to focus on any work both on Friday and during the weekend. Further, concerning litigation, Counsel is obligated to complete an opposition in <u>Sibley v. Breyer, et al.</u>, C.A. No. 06-0107 (RMC), a case brought against eight Justices of the Supreme Court of the United States by a *pro se* litigant. Counsel for Defendant must also participate in mediation on November 7, 2006, in <u>Patterson v. Johnson</u>, D.C. Cir. Appeal No. 05-5415, a matter recently added to Counsel's

schedule last week. These and other demands necessitate this requested extension. Accordingly, Defendant seeks an extension of time to file a reply memorandum up to and including November 14, 2006.

Apart from this requested extension and the reply memorandum to be filed, Defendant advises the Court that the parties are still committed to having settlement discussions concerning this case before final resolution of this motion.

WHEREFORE, Defendant submits that this consent motion for an extension of time to file a reply memorandum in further support of his motion to dismiss and to transfer should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610


By:             /s/
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2006, I caused the foregoing Consent Motion for an Extension of Time to File a Reply Memorandum in Further Support of His Motion to Dismiss and to Transfer, and proposed Order, to be served on Counsel for the Plaintiff by the Electronic Case Filing system or, if this means fails, then by mail, postage prepaid, addressed as follows:

Mark A. Dann, Esq.
Gebhardt & Associates, LLP
1101 17th Street, N.W.
Suite 807
Washington, D.C. 20036-4716.

/s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739