UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNY E. KRIESCH )<br>)<br>Plaintiff, )<br>)<br>v. ) Civil Action No. 05-2402 (RMC)<br>)<br>MICHAEL O. JOHANNS, )<br>SECRETARY OF AGRICULTURE )<br>)<br>Defendant. )<br>) | |

**CONSENT MOTION FOR AN EXTENSION
OF TIME TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT
OF DEFENDANT'S MOTION TO DISMISS AND TO TRANSFER**

Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, with the consent of Counsel for the Plaintiff, Mark A. Dann, Esquire, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for another extension of time (one week) within which to file a reply memorandum in further support of his motion to dismiss and to transfer, from November 14, 2006, up to and including November 21, 2006. Defendant does not anticipate requiring another extension of time for this reply.

This extension of time is necessitated both by the unanticipated personal concerns of Counsel for the Defendant and difficulties obtaining necessary information from agency counsel. Specifically, Counsel did not anticipate continuing to have the problems with medication associated with his previously described ailment, but is experiencing drowsiness and sluggishness. Secondly, Counsel did not anticipate that agency counsel would be unavailable to provide information needed to respond to the opposition, but agency counsel is out of town covering a deposition during the week of November 13th. These and other demands necessitate this requested extension. Accordingly,

Defendant seeks an extension of time to file a reply memorandum up to and including November 21, 2006.

WHEREFORE, Defendant submits that this consent motion for an extension of time to file a reply memorandum in further support of his motion to dismiss and to transfer should be granted.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY
    D.C. BAR NUMBER 498-610

By: _____/s/_____
    OLIVER W. MCDANIEL, D.C. Bar No. 377-360
    Assistant United States Attorney
    Civil Division
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 616-0739

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2006, I caused the foregoing Consent Motion for an Extension of Time to File a Reply Memorandum in Further Support of His Motion to Dismiss and to Transfer, and proposed Order, to be served on Counsel for the Plaintiff by the Electronic Case Filing system or, if this means fails, then by mail, postage prepaid, addressed as follows:

Mark A. Dann, Esq.
Gebhardt & Associates, LLP
1101 17th Street, N.W.
Suite 807
Washington, D.C. 20036-4716.

/s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739