UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNY KRIESCH,<br>    Plaintiff,<br><br>v.<br><br>MIKE JOHANNS,<br>Secretary of Agriculture,<br>    Defendant. | Civil Action No. 05-2402 (RMC) |

**CONSENT MOTION FOR LEAVE TO FILE ANSWER,
AND MEMORANDUM IN SUPPORT THEREOF**

The Defendant, Mike Johanns, through counsel, hereby respectfully moves pursuant to Fed. R. Civ. P. 6(b)(2) to file the attached Answer, time for filing having expired ten business days following the Court's denial of Defendant's motion to dismiss, for summary judgment or transfer on January 5, 2007. Counsel for the Plaintiff, Mark Dann, has graciously consented to this leave to file.[1]

While Counsel for the Defendant fully intended to file the Answer and had made preparations to do so, Counsel for the Defendant, nonetheless, failed to calendar the matter appropriately and inadvertently missed the date for filing. In addition, during this period that the Answer was due, Counsel for the Defendant was consumed with a number of litigation demands that made it more difficult to keep track of the due date. Counsel for the Parties were also engaged in settlement discussions, which caused Counsel for the Defendant to misperceive the posture of the case.

---

[1] Plaintiff's Counsel has consented to this late filing on condition that Defendant agree to support moving the Court to refer this case to the Circuit Executive's Alternative Dispute Resolution program for mediation, which consent will be reflected in a separation motion.

Defendant accordingly submits that good cause, in the form of excusable neglect, exists permitting the late filing. Counsel for the Defendant regrets this oversight and requests the Court's forbearance.

WHEREFORE, Defendant submits that the Court should permit the filing of the attached Answer.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of February, 2007, I caused a copy of the foregoing Consent Motion for Leave to File Answer, and Memorandum in Support Thereof, to be delivered to Counsel for the Defendant by the Electronic Court Filing system or, if this means fails, then by mail, postage prepaid, addressed as follows:

**Mark A. Dann, Esq.**
**Gebhardt & Associates, LLP**
**1101 17th Street, N.W.**
**Suite 807**
**Washington, D.C. 20036-4716**

                                                  /s/
                            OLIVER W. McDANIEL, D.C. Bar #377360
                            Assistant United States Attorney
                            Civil Division
                            555 4th Street, N.W.
                            Washington, D.C. 20530
                            (202) 616-0739