UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PENNY KRIESCH,**<br>　　Plaintiff,<br><br>v.<br><br>**MIKE JOHANNS,**<br>**Secretary of Agriculture,**<br>　　Defendant. | )<br>)<br>)<br>)<br>)　　Civil Action No. 05-2402 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of Defendant's Consent Motion for Leave to File Answer, and Memorandum in Support Thereof, to permit the filing of his Answer beyond the due date, and the entire record herein, it is, hereby

ORDERED that Defendant's Motion be, and hereby is, GRANTED,

this _____ day of _____, 2007.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Mark A. Dann, Esq.
Gebhardt & Associates, LLP
1101 17th Street, N.W.
Suite 807
Washington, D.C. 20036-4716