UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNY KRIESCH,        )<br>    Plaintiff,            )<br>                        )<br>v.                      )<br>                        )<br>MIKE JOHANNS,           )<br>Secretary of Agriculture, )<br>    Defendant.          )<br>                        ) | Civil Action No. 05-2402 (RMC) |

**JOINT MOTION FOR REFERRAL TO MEDIATION**

The Parties, through counsel, respectfully move this Court to refer this case to the Circuit Executive's Alternative Dispute Resolution (ADR) program for mediation. As grounds for this motion, the Parties submit the following memorandum in support.

The Parties have had an initial opportunity to evaluate their cases. The exchange of information at the administrative stage of this case was extensive. The resolution of Defendant's pre-discovery dispositive motion assisted the Parties in evaluating their cases. Consequently, the Parties have determined that a possibility exists for the resolution of this case by settlement that should be explored. Having considered the alternatives, the Parties have concluded that ADR mediation would be best because the settlement process is expected to require a more extensive investment of time, given the breadth of the allegations lodged by Plaintiff and the number of officials involved, than the demanding schedule of a Magistrate Judge might conveniently accommodate. The Parties accordingly request a referral to mediation for a period of 90 days.

The Parties also request that the Court structure the schedule in this case to accommodate this referral to mediation.

WHEREFORE, the Parties respectfully submit that this motion for referral to mediation should be granted.

Respectfully submitted,

| /s/ (MAD/by OWM) | /s/ |
|---|---|
| | JEFFREY A. TAYLOR, D.C. Bar # 498610 |
| JOSEPH D. GEBHARDT | United States Attorney |
| (D.C. Bar No. 113894) | |
| MARK A. DANN | |
| (D.C. Bar No. 484523) | |
| GEBHARDT & ASSOCIATES, LLP | /s/ |
| 1101 17th Street, N.W. | RUDOLPH CONTRERAS, D.C. Bar # 434122 |
| Suite 807 | Assistant United States Attorney |
| Washington, D.C. 20036-4716 | |
| (202) 496-0400 | |
| | /s/ |
| Counsel for the Plaintiff | OLIVER W. McDANIEL, D.C. Bar #377360 |
| | Assistant United States Attorney |
| | Civil Division |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 616-0739 |
| | |
| | Counsel for the Defendant |

Dated: February 8, 2007