UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PENNY KRIESCH,<br>    Plaintiff,<br><br>v.<br><br>MIKE JOHANNS,<br>Secretary of Agriculture,<br>    Defendant. | Civil Action No. 05-2402 (RMC) |

**ORDER**

Upon consideration of the Parties' Joint Motion for Referral to Mediation and it appearing that good cause has been shown, it is hereby

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED, that this matter is referred to the Circuit Executive's Alternative Dispute Resolution (ADR) program for a period of ninety (90) days, and it is

FURTHER ORDERED, that the Court will determine the schedule for the remainder of the case at the conclusion of the mediation period.

Dated this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Mark A. Dann, Esq.
Gebhardt & Associates, LLP
1101 17th Street, N.W.
Suite 807
Washington, D.C. 20036-4716