UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PENNY KRIESCH, <br>     Plaintiff, <br><br> v. <br><br> MICHAEL O. JOHANNS, <br> Secretary of Agriculture, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 05-2402 (RMC) |

**JOINT STATUS REPORT**

The Parties, through counsel, respectfully inform the Court of the status of their mediation efforts, consistent with the Court's minute order of February 12, 2007. The Parties have had several teleconferences with an appointed mediator, as well as a face-to-face mediation session on March 12, 2007. At that March session, Defendant suggested a number of options that Plaintiff previously had not considered, much different than the focus of her initial proposal to Defendant. Defendant asked Plaintiff to formulate a written offer taking into account these other options. During these discussions, in March and April 2007, the mediator had to travel out of town, and Counsel had other litigation demands. Although Plaintiff forwarded a formal settlement proposal on May 2, 2007, Counsel for the Defendant and Counsel for the Department have not been able to respond immediately due to leave commitments and other litigation demands, but intend to respond. After preliminary review of the proposal, the Defendant would like to make a counter-offer and continue efforts to resolve the case through mediation. Plaintiff would like to continue the mediation effort as well.

While the Parties are unable to assess the ultimate prospects for settlement of the case at this time, the Parties believe that another thirty-day referral to mediation will benefit their efforts to resolve this case. The Parties, accordingly, ask the Court to stay the schedule in the case and extend the mediation period until June 15, 2007.

Respectfully submitted,

| | |
|---|---|
| /s/ (JCT by OWM) | /s/ |
| JOSEPH D. GEBHARDT | JEFFREY A. TAYLOR, D.C. Bar # 498610 |
| (D.C. Bar No. 113894) | United States Attorney |
| MARK A. DANN | |
| (D.C. Bar No. 484523) | |
| GEBHARDT & ASSOCIATES, LLP | /s/ |
| 1101 17th Street, N.W. | RUDOLPH CONTRERAS, D.C. Bar # 434122 |
| Suite 807 | Assistant United States Attorney |
| Washington, DC 20036-4716 | |
| (202) 496-0400 | |
| | /s/ |
| Counsel for Plaintiff | OLIVER W. McDANIEL, D.C. Bar #377360 |
| | Assistant United States Attorney |

Dated: May 15, 2007