**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
PENNY E. KRIESCH,              )
                              )
          Plaintiff,          )
                              )
     v.                       )  Civil Action No. 05-02402 (RMC)
                              )
MICHAEL O. JOHANNS            )
SECRETARY OF AGRICULTURE,     )
U.S. Department of Agriculture,)
                              )
          Defendant.          )
_____)
```

**JOINT STATUS REPORT**

Pursuant to the Court's May 16, 2007 Minute Order, the Parties, through and by their undersigned counsel, respectfully inform the Court of the status of their mediation and settlement efforts. Since the Parties' last Status Report, they have exchanged correspondence that outline their initial settlement positions, and counsel for the Parties have spoken by telephone concerning the next steps in their settlement negotiations. Specifically, the Plaintiff prepared a settlement offer to which the Defendant later responded, and both the offer and the counteroffer evince a sincerity on the part of both sides to settle this case amicably. Undersigned counsel have also agreed that they should meet face-to-face to determine whether the Parties' respective positions can be adjusted to come to a

mutual compromise.  They are in the process of scheduling this meeting around their respective litigation demands and leave commitments.  The Parties have also communicated their settlement progress to their assigned mediator and have requested him to continue working with them moving forward.

While they have not yet reached a settlement agreement, both Plaintiff and Defendant would like to continue their mediation efforts.  They believe that another 45-day referral to mediation will benefit their efforts to resolve this case.  Accordingly, the Parties request the Court to stay the schedule in the case and extend the mediation period until August 1, 2007.

Respectfully submitted,


| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| JOSEPH D. GEBHARDT | OLIVER W. McDANIEL |
| (D.C. Bar No. 113894) | (D.C. Bar No. 377360) |
| CHARLES W. DAY, JR. | Assistant U.S. Attorney |
| (D.C. Bar No. 459820) | U.S. Attorney's Office |
| MARK A. DANN | 555 4TH Street, N.W. |
| (D.C. Bar No. 484523) | Washington, DC 20530 |
| GEBHARDT & ASSOCIATES, LLP | (202) 616-0739 |
| 1101 17th Street, N.W. | |
| Suite 807 | Attorney for Defendant |
| Washington, DC 20036-4716 | |
| (202) 496-0400 | |
| | |
| Attorneys for Plaintiff | |
| | |
| June 18, 2007 | |