UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNY KRIESCH, )<br>　　Plaintiff, )<br> )<br>v. )<br> )<br>MICHAEL O. JOHANNS, )<br>Secretary of Agriculture, )<br>　　Defendant. )<br> ) | Civil Action No. 05-2402 (RMC) |

**JOINT STATUS REPORT**

The Parties, through counsel, respectfully inform the Court of the status of their mediation efforts, consistent with the Court's minute entry order of June 19, 2007. Since the filing of the June 18, 2007 status report, the parties have exchanged a number of electronic mail messages and had a number of telephone conversations. Counsel for the Parties met in person on July 25, 2007, and had a substantial discussion concerning potential settlement options and scenarios, to further develop the written proposals previously exchanged. This July 25, 2007 discussion, which was without the assistance of the mediator, was more of a "rubber-meets-the-road" conversation about what possibilities exist and what the Parties foresee as realistic outcomes to settlement discussions. The Plaintiff was pleased with the progress of the discussion. While Defendant was pleased with the discussion, Defendant believes that the case ultimately will proceed to settlement only with the assistance of a mediator. So, Defendant would like the current mediator replaced. Counsel for the Defendant has suggested a specific mediator who has been effective in settling other cases. Counsel for the Plaintiff would be willing to work with this mediator, as well as another specific mediator suggested by counsel for the Plaintiff. Both Parties would like to continue efforts to resolve the case

through mediation. Notwithstanding Plaintiff's optimism, Defendant believes that replacing the mediator before the Parties reach an impasse would be more efficient.

While the Parties still are unable to assess the ultimate prospects for settlement of the case, the Parties believe that another forty-day referral to mediation will benefit their efforts to resolve this case. The Parties, accordingly, ask the Court to stay the schedule in the case and extend the mediation period until September 14, 2007. Counsel for the Defendant has a conflict with the present status hearing day of August 24, 2007.

Respectfully submitted,

| /s/ (MAD by OWM) | /s/ |
|---|---|
| JOSEPH D. GEBHARDT | JEFFREY A. TAYLOR, D.C. Bar # 498610 |
| (D.C. Bar No. 113894) | United States Attorney |
| MARK A. DANN | |
| (D.C. Bar No. 484523) | |
| GEBHARDT & ASSOCIATES, LLP | /s/ |
| 1101 17th Street, N.W. | RUDOLPH CONTRERAS, D.C. Bar # 434122 |
| Suite 807 | Assistant United States Attorney |
| Washington, DC 20036-4716 | |
| (202) 496-0400 | |
| | /s/ |
| Counsel for Plaintiff | OLIVER W. McDANIEL, D.C. Bar #377360 |
| | Assistant United States Attorney |

Dated: August 3, 2007