UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PENNY KRIESCH,**<br>Plaintiff,<br><br>v.<br><br>**MICHAEL O. JOHANNS,**<br>Secretary of Agriculture,<br>Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-2402 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

The Parties, through counsel, respectfully inform the Court of the status of their mediation efforts, consistent with the Court's minute entry order of August 22, 2007. Since the filing of the August 3, 2007 joint status report, the Parties made efforts to have their preferred mediator appointed. The process has taken much longer than anticipated. Counsel for the Defendant's significant litigation demands have hampered efforts to facilitate the process.

Specifically, Counsel for the Defendant, in this period, had significant litigation responsibilities in Hubbard v. Potter, 03-1062 (RJL), Negley v. Federal Bureau of Investigation, 03-2126 (GK), Johnson v. District of Columbia, et al., 02-2364 (RMC) and, most significantly, the Court of Appeals, that is, final briefs on August 29, 2007, in Canadian Commercial Corp., et al. v. Air Force, Appeal No. 06-5310, and preparation for oral argument on September 7, 2007, in Patterson v. Johnson, Appeal No. 05-5415.

Although the Parties have not been able to meet in person, they are pleased with the appointment of the mediator and anticipate significant progress in settling the case. While the Parties still are unable to assess the ultimate prospects for settlement of the case, the Parties believe that

extending the mediation period until October 12, 2007, will benefit their efforts to resolve this case. The Parties, accordingly, ask the Court to stay the schedule in the case and extend the mediation period until that date.

Respectfully submitted,

| | |
|---|---|
| /s/ (MAD by OWM) | /s/ |
| JOSEPH D. GEBHARDT | JEFFREY A. TAYLOR, D.C. Bar # 498610 |
| (D.C. Bar No. 113894) | United States Attorney |
| MARK A. DANN | |
| (D.C. Bar No. 484523) | |
| GEBHARDT & ASSOCIATES, LLP | /s/ |
| 1101 17th Street, N.W. | RUDOLPH CONTRERAS, D.C. Bar # 434122 |
| Suite 807 | Assistant United States Attorney |
| Washington, DC 20036-4716 | |
| (202) 496-0400 | /s/ |
| Counsel for Plaintiff | OLIVER W. McDANIEL, D.C. Bar #377360 |
| | Assistant United States Attorney |

Dated: September 13, 2007