UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PENNY KRIESCH,  Plaintiff, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 05-2402 (RMC) |
| CHUCK CONNER, Acting Secretary of Agriculture,  Defendant. | ) ) ) ) ) ) | |

**MOTION TO CONTINUE STATUS HEARING
AND FOR AN EXTENSION OF THE REFERRAL TO MEDIATION**

The Defendant, through counsel, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a continuance of the scheduled status hearing in this case from Friday, October 25, 2007, at 11:45 a.m., to a date and time mutually convenient to the Court and Counsel that is beyond the new end date for the mediation period, requested herein.  Defendant further requests an extension of the mediation period until November 2, 2007, to permit the parties time to engage in further settlement discussions.  Counsel for the Plaintiff consents to the motion for an extension of the mediation period.  While Counsel for the Defendant has not received a response from Counsel for the Plaintiff concerning the motion to continue, Counsel for the Defendant reasonably believes that, under the circumstances, explained more fully below, that Plaintiff's Counsel would not oppose the motion.  Defendant relies upon the following memorandum.[1]

Counsel for the Defendant must present oral argument in the U.S. Court of Appeals for the District of Columbia Circuit in <u>Canadian Commercial v. U.S. Dep't of Air Force</u>, No. 06-5310 at

---

[1] Defendant submits that this motion should satisfy this Court's order requiring the parties to file a status report no later than October 17, 2007.

9:30 a.m. on October 25, 2007. It is not clear when the argument will begin or how long it will last, given that two other appeals are listed on the morning docket. Counsel for the Defendant respectfully asks the Court to continue the hearing so that a conflict can be avoided.

Concerning mediation, it is taking the Office of the United States Attorney much longer than originally anticipated to approve the contract for the private mediator. Notwithstanding Counsel for the Defendant's efforts to facilitate the process, the difficulty with the approval appears to be entirely logistical and not substantive. Further, Plaintiff had travel plans through October 12, 2007, and Counsel for Plaintiff, as well was unavailable through October 12, 2007. Consequently, the amount of time potentially available for mediation was reduced to the extent that the parties could have conferred without the assistance of the mediator.

WHEREFORE, the Defendant submits that these motions to continue motions hearing from October 25, 2007, at 11:45 a.m., to a date convenient to the Court and counsel and for an extension of the referral to mediation to November 2, 2007, should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By: _____/s/_____
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

October 11, 2007