**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                     )
**PENNY KRIESCH,**                                   )
       **Plaintiff,**                                )
                                                     )
**v.**                                               )        **Civil Action No. 05-2402 (RMC)**
                                                     )
**CHUCK CONNER, Acting**                             )
**Secretary of Agriculture,**                        )
       **Defendant.**                                )
                                                     )
_____)

**ORDER**

Upon consideration of the Defendant's Motions to Continue Motions Hearing and for an

Extension of the Referral to Mediation, and the entire record of this case, and it appearing that good

cause exists to grant the motions, it is hereby

ORDERED that Defendant's Motion to Continue Status Hearing, currently scheduled for

October 25, 2007, at 11:45 a.m., be GRANTED, and it is further,

ORDERED that the Motion Hearing in this case be rescheduled to the following date and

time: _____, and it is further,

ORDERED that the referral to mediation be and hereby is extended to November 2, 2007.

Dated this _____ day of _____ , 2007.


                                          _____
                                          United States District Judge

Copies to:

Oliver W. McDaniel
Assistant United States Attorneys
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530

Mark A. Dann, Esq.
Gebhardt & Associates, LLP
1101 17th Street, N.W.
Suite 807
Washington, D.C. 20036-4716