## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

PENNY KRIESCH,                      )
      Plaintiff,                   )
                       )
                       )
v.                                  )      Civil Action No. 05-2402 (RMC)
                       )
MICHAEL O. JOHANNS,                 )
Secretary of Agriculture,           )
      Defendant.                   )
                       )
_____)

## JOINT STATUS REPORT

The Parties, through counsel, respectfully inform the Court of the status of their mediation efforts, consistent with the Court's October 12, 2007 Minute Entry Order.  Since the filing of the September 13, 2007 Joint Status Report, the Parties retained their preferred mediator and had two mediation sessions on October 26, 2007, and November 1, 2007.

Although the Parties have not yet reached a settlement agreement, they have engaged in substantial and productive discussions, and have agreed to continue their settlement negotiations. Defendant proffered a settlement offer to Plaintiff last week, the Parties have agreed to research the potential impact of future settlement options, and Plaintiff is preparing a counter-offer that she intends to proffer to Defendant later this week.  The Parties have scheduled another mediation session for later this week on November 8, 2007, to discuss their independent research and Plaintiff's settlement counter-offer.

While the Parties still are unable to assess the ultimate prospects for settlement of the case, they believe that extending the mediation period until November 30, 2007, will benefit their efforts

to resolve this case.  Accordingly, the Parties ask the Court to extend the mediation period until that

date.

Respectfully submitted,

|  |  |
|---|---|
| _____/s/ (MAD by OWM)_____ | _____/s/_____ |
| JOSEPH D. GEBHARDT | JEFFREY A. TAYLOR, D.C. Bar # 498610 |
| (D.C. Bar No. 113894) | United States Attorney |
| MARK A. DANN |  |
| (D.C. Bar No. 484523) |  |
| GEBHARDT & ASSOCIATES, LLP | _____/s/_____ |
| 1101 17th Street, N.W. | RUDOLPH CONTRERAS, D.C. Bar # 434122 |
| Suite 807 | Assistant United States Attorney |
| Washington, DC 20036-4716 |  |
| (202) 496-0400 |  |
|  | _____/s/_____ |
| Counsel for Plaintiff | OLIVER W. McDANIEL, D.C. Bar #377360 |
|  | Assistant United States Attorney |

Dated: November 5, 2007