UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PENNY KRIESCH,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2402 (RMC) |
| ) | |
| **MICHAEL O. JOHANNS,** ) | |
| Secretary of Agriculture, ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

The Parties, through counsel, respectfully inform the Court of the status of their mediation efforts, consistent with the Court's November 6, 2007 Minute Entry Order. Since the filing of the November 5, 2007 Joint Status Report, the Parties have not met in person beyond the two mediation sessions held on October 26, 2007, and November 1, 2007. Instead, the Parties, principally the U.S. Department of Agriculture, have been concentrating on evaluating different settlement options and exchanging similar information. Another mediation session involving just the mediator and the Plaintiff and her Counsel is scheduled to occur this week.

Although the Parties have not yet come to terms on a settlement, they are still making progress toward this goal, and are continuing their settlement negotiations. The Parties and the mediator believe that mediation efforts should continue. The Parties will have another joint mediation session with the mediator next week, to discuss their independent research and an anticipated counter offer from the Plaintiff. The litigation demands of Counsel for the Parties have served to slow the pace of mediation efforts in this case.

While the Parties still are unable to assess the ultimate prospects for settlement of the case, we believe that extending the mediation period until December 28, 2007, will benefit their efforts to resolve this case. Accordingly, the Parties ask the Court to extend the mediation period until that date. The Parties also ask that the Court continue the status hearing scheduled for December 10, 2007, to a mutually agreeable date during or after the week of January 7, 2008.

Respectfully submitted,

| /s/ (MAD by OWM) | /s/ D. VanHorn |
|---|---|
| JOSEPH D. GEBHARDT | JEFFREY A. TAYLOR, D.C. Bar # 498610 |
| (D.C. Bar No. 113894) | United States Attorney |
| MARK A. DANN | |
| (D.C. Bar No. 484523) | |
| GEBHARDT & ASSOCIATES, LLP | /s/ |
| 1101 17th Street, NW | RUDOLPH CONTRERAS, D.C. Bar # 434122 |
| Suite 807 | Assistant United States Attorney |
| Washington, D.C. 20036-4716 | |
| (202) 496-0400 | |
| | /s/ |
| Counsel for Plaintiff | OLIVER W. McDANIEL, D.C. Bar #377360 |
| | Assistant United States Attorney |
| | Civil Division |
| Dated: December 5, 2007 | 555 Fourth Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 616-0739 |

2