UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PENNY KRIESCH, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2402 (RMC) |
| | ) | |
| MICHAEL O. JOHANNS, | ) | |
| Secretary of Agriculture, | ) | |
|     Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

The Parties, through counsel, respectfully inform the Court of the status of their mediation efforts, consistent with the Court's December 6, 2007 Minute Entry Order. Since the filing of the December 5, 2007 Joint Status Report, the mediator has met with Plaintiff and her counsel. In addition, the parties have had communications with the mediator concerning the submission of a counter-offer to Defendant and scheduling a further mediation session.

Although the Parties have not yet reached a settlement agreement, they are still making progress toward this goal, and have agreed to continue their settlement negotiations. Plaintiff is preparing a counter-offer that she intends to proffer to Defendant in advance of the next mediation session. The Parties have spoken with the mediator concerning future mediation sessions, and are consulting with their respective clients concerning their availability on the dates the mediator has proposed. The litigation demands of Counsel for the Parties, as well as scheduling conflicts attributable to the recent holidays, have served to slow the pace of mediation efforts in this case.

While the Parties still are unable to assess the ultimate prospects for settlement of the case, they believe that extending the mediation period until January 30, 2008, will benefit their efforts to resolve the case through settlement. Accordingly, the Parties ask the Court to extend the mediation period until that date.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ by DVH |
| JOSEPH D. GEBHARDT | JEFFREY A. TAYLOR, D.C. Bar # 498610 |
| (D.C. Bar No. 113894) | United States Attorney |
| MARK A. DANN | |
| (D.C. Bar No. 484523) | |
| GEBHARDT & ASSOCIATES, LLP | /s/ by DVH |
| 1101 17th Street, N.W. | RUDOLPH CONTRERAS, D.C. Bar # 434122 |
| Suite 807 | Assistant United States Attorney |
| Washington, DC 20036-4716 | |
| (202) 496-0400 | |
| | /s/ Oliver McDaniel by RMM |
| Counsel for Plaintiff | OLIVER W. McDANIEL, D.C. Bar #377360 |
| | Assistant United States Attorney |
| | Civil Division |
| Dated: January 4, 2008 | 555 Fourth Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 616-0739 |