UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNY KRIESCH,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL O. JOHANNS,<br>Secretary of Agriculture,<br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-2402 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

The Parties, through counsel, respectfully inform the Court of the status of their mediation efforts, consistent with the Court's January 7, 2008 Minute Entry Order. Since the filing of the January 4, 2008 Joint Status Report, the Parties have communicated independently with their mediator and the Plaintiff has worked closely with the mediator to prepare a counter-offer that she intends to submit to Defendant by no later than February 7, 2008.

Although the Parties have not yet reached a settlement agreement, they have agreed to continue their settlement negotiations. Defendant proffered a settlement offer to Plaintiff, who then requested her personnel records in order to research the potential impact of future settlement options. As noted above, Plaintiff has also prepared a counter-offer that she intends to proffer to Defendant later this week.

While the Parties are unable to assess the ultimate prospects for settlement of the case, they believe that extending the mediation period until March 3, 2008, will benefit their efforts to resolve this case. Accordingly, the Parties ask the Court to extend the mediation period until that date.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ by MJ |
| JOSEPH D. GEBHARDT | JEFFREY A. TAYLOR, D.C. Bar # 498610 |
| (D.C. Bar No. 113894) | United States Attorney |
| MARK A. DANN | |
| (D.C. Bar No. 484523) | |
| GEBHARDT & ASSOCIATES, LLP | /s/ by MJ |
| 1101 17th Street, N.W. | RUDOLPH CONTRERAS, D.C. Bar # 434122 |
| Suite 807 | Assistant United States Attorney |
| Washington, DC 20036-4716 | |
| (202) 496-0400 | |
| | /s/ Oliver McDaniel by RMM |
| Counsel for Plaintiff | OLIVER W. McDANIEL, D.C. Bar #377360 |
| | Assistant United States Attorney |
| | Civil Division |
| Dated: February 5, 2008 | 555 Fourth Street, N.W. |
| | Washington, D.C.  20530 |
| | (202) 616-0739 |