UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNY KRIESCH,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL O. JOHANNS,<br>Secretary of Agriculture,<br>    Defendant. | Civil Action No. 05-2402 (RMC) |

## JOINT STATUS REPORT

The Parties, through counsel, respectfully inform the Court of the status of their private mediation efforts, funded principally by the Department of Justice, consistent with the Court's February 6, 2008 Minute Entry Order. Since the filing of the February 5, 2008 Joint Status Report, the Parties still have been concentrating on evaluating different settlement options and exchanging information, but have been unable to meet jointly with the private mediator. Plaintiff and her Counsel have had a significant number of discussions with the private mediator. Since the last status report, the U.S. Department of Agriculture (USDA) has evaluated a counter-offer. However, the counter-offer closely resembled elements previously considered and rejected by USDA. USDA is extremely reluctant to invest in this process any longer and has grown more pessimistic about the prospects for settlement.

Although the Parties have not yet come to terms on a settlement, they are still discussing possibilities. Presently, Plaintiff is unavailable, as she is traveling out of the country on business. The Parties and the mediator are willing to give the mediation effort one last try.

While the Parties still are unable to assess the ultimate prospects for settlement of the case, we believe that extending the mediation period until April 10, 2008, approximately 30 days after Plaintiff's anticipated return from travel, may benefit our efforts to resolve this case. Accordingly, the Parties ask the Court to extend the mediation period until this date. The Parties also ask that the Court continue the status hearing scheduled for March 18, 2008, to a date mutually agreeable to the Court and Counsel during the week of April 14, 2008.

Respectfully submitted,

| /s/ (MAD by OWM) | /s/ D. VanHorn |
|---|---|
| JOSEPH D. GEBHARDT | JEFFREY A. TAYLOR, D.C. Bar # 498610 |
| (D.C. Bar No. 113894) | United States Attorney |
| MARK A. DANN | |
| (D.C. Bar No. 484523) | |
| GEBHARDT & ASSOCIATES, LLP | /s/ D. VanHorn |
| 1101 17th Street, NW | RUDOLPH CONTRERAS, D.C. Bar # 434122 |
| Suite 807 | Assistant United States Attorney |
| Washington, D.C. 20036-4716 | |
| (202) 496-0400 | /s/ |
| | OLIVER W. McDANIEL, D.C. Bar #377360 |
| Counsel for Plaintiff | Assistant United States Attorney |
| | Civil Division |
| Dated: March 7, 2008 | 555 Fourth Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 616-0739 |