UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **PENNY KRIESCH,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2402 (RMC) |
| | ) | |
| **MICHAEL O. JOHANNS,** | ) | |
| Secretary of Agriculture, | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

The Parties, through counsel, respectfully inform the Court of the status of their mediation efforts, consistent with the Court's March 10, 2008 Minute Entry Order. Since the filing of the March 7, 2008 Joint Status Report, the Parties have communicated independently with their mediator, and the Plaintiff prepared a revised settlement offer that she submitted to Defendant for review. Defendant is currently considering Plaintiff's settlement offer and is preparing its response, which it intends to present to Plaintiff before the Status Conference, which is scheduled for Wednesday, April 16, 2008.

Although the Parties have not yet reached a settlement agreement, they have agreed to continue their settlement negotiations, and are not requesting an extension of the mediation period. As noted above, Plaintiff has presented a revised settlement offer, and Defendant intends to proffer a response. Accordingly, the Parties intend to appear before the Court during the Status Conference, at which time they will be able to provide additional information concerning the status of their

settlement discussions, unless the Court concludes that the Status Conference should be rescheduled in view of recent developments.

Respectfully submitted,

| | |
|---|---|
| /s/<br>JOSEPH D. GEBHARDT<br>   (D.C. Bar No. 113894)<br>MARK A. DANN<br>   (D.C. Bar No. 484523)<br>GEBHARDT & ASSOCIATES, LLP<br>1101 17th Street, N.W.<br>Suite 807<br>Washington, DC 20036-4716<br>(202) 496-0400<br><br>Counsel for Plaintiff<br><br>Dated: April 14, 2008 | /s/ by DVH<br>JEFFREY A. TAYLOR, D.C. Bar # 498610<br>United States Attorney<br><br>/s/ by DVH<br>RUDOLPH CONTRERAS, D.C. Bar # 434122<br>Assistant United States Attorney<br><br>/s/ Oliver McDaniel by RMM<br>OLIVER W. McDANIEL, D.C. Bar #377360<br>Assistant United States Attorney<br>Civil Division<br>555 Fourth Street, N.W.<br>Washington, D.C.  20530<br>(202) 616-0739 |