UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNY E. KRIESCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-02402 (RMC) |
| ) | |
| MICHAEL O. JOHANNS ) | |
| SECRETARY OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

At the request of the Plaintiff, please withdraw the appearance of Mark A. Dann as lead attorney for Plaintiff in the above-captioned case. (Plaintiff shall continue to be represented by Valencia R. Rainey (new lead attorney) and Joseph D. Gebhardt, as well as Charles W. Day, Jr. whose Notice of Appearance is forthcoming).

                                                      Respectfully submitted,

                                                          /s/
                                            MARK A. DANN
                                               (D.C. Bar No. 484523)
                                            JOSEPH D. GEBHARDT
                                               (D.C. Bar No. 113894)
                                            VALENCIA R. RAINEY
                                               (D.C. Bar No. 435254)
                                            GEBHARDT & ASSOCIATES, LLP
                                            1101 17th Street, N.W.
                                            Suite 807
                                            Washington, DC 20036-4716
                                            (202) 496-0400

April 21, 2008                              Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Withdrawal of Appearance was served this 21st day of April 2008, via electronic case filing through the Court, upon counsel for the Defendant as follows:

>Oliver W. McDaniel, Esq.
>U.S. Attorney's Office
>Judiciary Center Building, 10th Floor
>555 4th Street, N.W.
>Washington, DC 20001

              /s/
        MARK A. DANN