UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNY E. KRIESCH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) Civil Action No. 05-02402 (RMC) |
| | ) |
| MICHAEL O. JOHANNS | ) |
| SECRETARY OF AGRICULTURE, | ) |
| U.S. Department of Agriculture, | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE RULE 16.3 STATEMENT**

The Parties, by and through their respective undersigned counsels, hereby move for a 5 business-day extension of time until May 9, 2008, to file their Rule 16.3 Statement. In support of their Motion, the parties state as follows:

1. The Parties herein concluded mediation and appeared before this Court on April 16, 2008 for a status hearing. The Parties informed the Court that they were still in settlement negotiations, and that there were terms that remained to be negotiated.

2. The Court ordered that the Parties file a Rule 16.3 Statement on May 2, 2008 or a Report of Settlement.

3. Valencia Rainey has recently replaced Mark Dann as Counsel for Plaintiff. Mr. Dann withdrew as counsel shortly after the April 16, 2008 status hearing. Ms. Rainey has continued to negotiate on Ms. Kriesch's behalf.

4. The Parties believe that an additional 5 business days

will enable them to determine whether they will reach a settlement.

5. No other deadlines have been set in this case, so the 5-day extension of time requested herein will have no impact on the scheduling of this case and will not prejudice either party.

WHEREFORE, for the above noted reasons, the Parties request that their Joint Motion be granted and that the deadline to file the Rule 16.3 statement be extended to May 9, 2008. An appropriate Order accompanies this Motion.

Respectfully submitted,

JEFFREY A. TAYLOR,
D.C. Bar # 498610
United States Attorney

_____/s/_____
JOSEPH D. GEBHARDT
(D.C. Bar No. 113894)
VALNCIA R. RAINEY
(D.C. Bar No. 434254)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, D.C. 20036-4716
(202) 496-0400

_____/s/_____
OLIVER W. McDANIEL,
D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

Counsel for the Plaintiff    Counsel for the Defendant

Dated: May 2, 2008

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion for Extension to Time to File a Rule 16.3 Statement and proposed Order was served this 2nd day of May, 2008, via both electronic case filing through the court and facsimile, upon counsel for Defendant as follows:

>Oliver W. McDaniel, Esq.
>Assistant United States Attorney
>Judiciary Center Building, Tenth Floor
>555 Fourth Street, N.W.
>Washington, D.C. 20530
>Facsimile: 202-514-8780

>_____/s/_____
>VALENCIA R. RAINEY