**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
**PENNY E. KRIESCH,**                                )
    **Plaintiff,**                 )
                                                    )
**v.**                                               )    **Civil Action No. 05-2402 (RMC)**
                                                    )
**MIKE JOHANNS,**                                    )
**Secretary of Agriculture,**                        )
    **Defendant.**                 )
                                                    )
_____)

**ORDER**

Upon consideration of the Parties' Joint Motion for an Extension of Time to file a Rule

16.3 Statement and it appearing that good cause has been shown, it is hereby

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED, that the Parties shall file a Rule 16.3 Statement on May 9, 2008.

Dated this _____ day of _____, 2008.


_____
UNITED STATES DISTRICT JUDGE

Copies to:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530

Valencia R. Rainey, Esq.
Gebhardt & Associates, LLP
1101 17th Street, N.W.
Suite 807
Washington, D.C. 20036-4716