## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| **PENNY KRIESCH,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-2402 (RMC)** |
| | ) | |
| **ED SCHAFER,**[1] | ) | |
| **Secretary of Agriculture,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## SECOND JOINT MOTION FOR AN
## EXTENSION OF TIME TO FILE 16.3 STATEEMENT

The parties, through counsel, respectfully move this Court, pursuant to the Federal Rule of Civil Procedure 6(b), for an extension of time from today, Monday, May 12, 2008, up to and including Monday, May 19, 2008, to file a LCvR 16.3 Meet and Confer Statement. As grounds for this motion, the parties submit and rely upon the following memorandum in support.

1.      While it appeared to the parties, at the filing of their May 2, 2008 motion for an extension of time to file a 16.3 report, that the prospects for settlement were good and that the parties were close to resolution, subsequent discussions have revealed that the parties are farther apart than originally forecast.

2.      The Court graciously afforded the parties until May 12, 2008, to resolve this matter even though the parties had requested an extension of time until May 9, 2008.

3.      As noted previously, Valencia Rainey has recently replaced Mark Dann as Counsel for the Plaintiff. Mr. Dann withdrew as counsel shortly after the April 16, 2008 status hearing. Ms.

---

[1] Substitution occurs by operation of Fed. R. Civ. P. 25(d).

Rainey has continued to negotiate on Ms. Kriesch's behalf. Ms. Rainey believes that more time is necessary to resolve the matter, but U.S. Department of Agriculture (USDA) while reluctant, is willing to consider any reasonable offer, given the lengthy history of negotiations and other considerations.

4.      While Plaintiff will fashion a counter-offer for Defendant to consider, it appears that the parties may need to file a LCvR 16.3 statement and will need this additional time both to confer about the content of the 16.3 statement and to finalize their settlement discussions.

5.      No other deadlines have been set in this case, so this 5-business-day extension of time requested herein will have no additional impact on the scheduling of this case and should not prejudice either party.

WHEREFORE, for the foregoing reasons, the parties request that the Court grant their Second Joint Motion for an Extension of Time and extend the deadline for filing the Rule 16.3 statement to May 19, 2008.  An appropriate Order accompanies this Motion.


Respectfully submitted,


| | |
|---|---|
| /s/ (VRR/by OWM) | /s/ |
| JOSEPH D. GEBHARDT | JEFFREY A. TAYLOR, D.C. Bar # 498610 |
| (D.C. Bar No. 113894) | United States Attorney |
| VALNCIA R. RAINEY | |
| (D.C. Bar No. 434254) | |
| GEBHARDT & ASSOCIATES, LLP | |
| 1101 17th Street, N.W. | /s/ |
| Suite 807 | RUDOLPH CONTRERAS, D.C. Bar # 434122 |
| Washington, D.C. 20036-4716 | Assistant United States Attorney |
| (202) 496-0400 | |
| | |
| Counsel for the Plaintiff | |
| | /s/ |
| | OLIVER W. McDANIEL, D.C. Bar #377360 |
| | Assistant United States Attorney |
| | Civil Division |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 616-0739 |
| | |
| | Counsel for the Defendant |

Dated: May 12, 2008