UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PENNY KRIESCH,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2402 (RMC) |
| | ) | |
| **ED SCHAFER,** | ) | |
| **Secretary of Agriculture,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Parties' Second Joint Motion for an Extension of Time to File a 16.3 Statement and it appearing that good cause has been shown, it is hereby

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED, that the Parties shall file a LCvR 16.3 statement or statement announcing a settlement in the case on or before May 19, 2008.

Dated this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530

Valencia R. Rainey, Esq.
Gebhardt & Associates, LLP
1101 17th Street, N.W.
Suite 807
Washington, D.C. 20036-4716