UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PENNY KRIESCH,<br>    Plaintiff,<br><br>v.<br><br>ED SCHAFER,<br>Secretary of Agriculture,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-2402 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIRD JOINT MOTION FOR AN
EXTENSION OF TIME TO FILE 16.3 STATEMENT**

The Parties, through counsel, respectfully move this Court, pursuant to the Federal Rule of Civil Procedure 6(b), for an extension of time from today, Monday, May 19, 2008, up to and including Monday, May 27, 2008, to file a Rule 16.3 Meet and Confer Statement. As grounds for this motion, the parties submit and rely upon the following memorandum in support.

1. Valencia Rainey, counsel for Ms. Kriesch, has recently replaced Mark Dann and has continued to negotiate on Ms. Kriesch's behalf. The Parties have had daily discussions and remain diligent in an effort to reach a settlement.

2. The Parties recently continued their efforts with the assistance of a private mediator. Counsel for the Parties recognize the lengthy history of negotiations; but, believe additional time is necessary to conclude the settlement. Recent developments preclude a resolution of settlement negotiations today, and Counsel for the Defendant's schedule will not permit drafting of a 16.3 statement before May 27, 2008.

3. Plaintiff has forwarded a counter-offer to Defendant and anticipates a response shortly. In the event the Parties determine they are unable to resolve the claims, we will file a 16.3 statement and will confer about the content of the 16.3 statement as they finalize their settlement discussions.

4. No other deadlines have been set in this case, so this 5-business-day extension of time requested herein will have no additional impact on the scheduling of this case and should not prejudice either party.

WHEREFORE, for the foregoing reasons, the Parties request that the Court grant their Third Joint Motion for an Extension of Time and extend the deadline for filing the Rule 16.3 statement to May 27, 2008. An appropriate Order accompanies this Motion.

Respectfully submitted,

| | |
|---|---|
| _____/s/ VRR_____ | JEFFREY A. TAYLOR |
| JOSEPH D. GEBHARDT | UNITED STATES ATTORNEY |
| (D.C. Bar No. 113894) | D.C. BAR NUMBER 498-610 |
| VALENCIA R. RAINEY | |
| (D.C. Bar No. 434254) | |
| GEBHARDT & ASSOCIATES, LLP | By: _____/s/_____ |
| 1101 17th Street, N.W. | OLIVER W. McDANIEL, |
| Suite 807 | D.C. Bar No. 377-360 |
| Washington, D.C. 20036-4716 | Assistant United States Attorney |
| (202) 496-0400 | Civil Division |
| | 555 4th Street, N.W. |
| Counsel for the Plaintiff | Washington, D.C. 20530 |
| | (202) 616-0739 |
| | (202) 514-8780 (Facsimile) |

Dated: May 19, 2008