**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PENNY E. KRIESCH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-02402 (RMC) |
| | ) |
| MICHAEL O. JOHANNS | ) |
| SECRETARY OF AGRICULTURE, | ) |
| U.S. Department of Agriculture, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**ORDER**

UPON CONSIDERATION of the Parties' Joint Motion for Extension of Time to File 16.3 Statement and the full record, it is hereby this ___ day of May, 2008, **ORDERED:**

    1.  That the Motion is GRANTED; and

    2.  That the Parties shall file their 16.3 Statement no later than May 26, 2008.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Joseph D. Gebhardt, Esq.
VALENCIA R. RAINEY, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 607
Washington, DC 20036-4718

Oliver W. McDaniel, Esq.
Assistant United States Attorney
Judiciary Center Building, Tenth Floor
555 Fourth Street, N.W.
Washington, DC 20530