UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **PENNY KRIESCH,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2402 (RMC) |
| | ) | |
| **ED SCHAFER,** | ) | |
| **Secretary of Agriculture,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## PROPOSED SCHEDULING ORDER

Upon consideration of the parties' joint meet and confer report and proposed order, and the entire record in the case, the Court submits that good cause exists to adopt the following schedule in this matter. So, it is hereby:

ORDERED, that discovery shall commence on _____ and that discovery shall close on _____, and it is

FURTHER ORDERED, that discovery on electronically stored information (ESI) and information protected from disclosure under the Privacy Act or otherwise shall be stayed until the Court enters orders governing the disclosure of this information, and it is

FURTHER ORDERED, that the parties shall be limited to 25 written discovery requests and to 10 depositions per side, with each deposition limited to seven hours as set forth in the Fed. R. Civ. P., and it is

FURTHER ORDERED, that proponent expert disclosures shall be served at least 90 days before the close of discovery, and that rebuttal expert disclosures shall be served at least 60 days before the close of discovery, and it is

FURTHER ORDERED, that the schedule for briefing post-discovery dispositive motions will be as follows: motions shall be filed within 45 days of the close of discovery; opposition memoranda shall be filed no later than 45 days thereafter, and any replies shall be filed within three weeks of the filing of opposition memoranda, and it is

FURTHER ORDERED, that the Court will schedule any pretrial conference and any trial pursuant to further order of this Court.

Date this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

cc:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Valencia R. Rainey, Esq.
Gebhardt & Associates, LLP
1101 17th Street, N.W., Suite 807
Washington, D.C. 20036-4716