UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PENNY E. KRIESCH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2402 (RMC) |
| ) | |
| **ED SCHAFER,** ) | |
| Secretary of Agriculture, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is the parties' Joint Meet and Confer Report Pursuant to LCvR 16.3 [Dkt. # 41]. In light of the duration of good faith efforts to reach a settlement in this matter, the time has come when principals, including agency counsel, must attend at least one mediation session all together to assess whether this case may be resolved without further litigation. Parties are directed to file a joint status report no later than July 15, 2008, informing the Court of the outcome of such mediation session(s). If the parties have not resolved this matter by July 15, 2008, the Court will set a Scheduling Conference to discuss a schedule for formal discovery.

**SO ORDERED**.

/s/
ROSEMARY M. COLLYER
United States District Judge

Date: June 3, 2008