UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PENNY KRIESCH,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2402 (RMC) |
| | ) | |
| **ED SCHAFER,** | ) | |
| Secretary of Agriculture, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

The Parties, through counsel, respectfully inform the Court of the status of their mediation efforts, consistent with the Court's June 3, 2008 Order. Since the filing of the May 27, 2008 Joint Conference Report, the Parties have held an in-person, joint mediation session in which principal decision makers did participate, as ordered. In addition, the Parties have exchanged positions and continued discussions by telephone and electronic mail message in anticipation of this meeting and in its wake. The Parties continue to be aided in their mediation efforts by a private mediator.

In attempting to reach final resolution, the Parties have been unable to resolve the following two recalcitrant issues: (1) health benefits coverage and (2) merit pay. While after some negotiation, we are pleased to report that the merit pay issue has been resolved, the Parties are still unable to agree whether the health benefits issue should remain on the table. The issue appears to be a pivotal issue in the negotiations. Before a final decision can be reached on the direction of the negotiations, further research is necessary on this issue. While the Parties cannot forecast the ultimate prospects for a successful resolution to the negotiations, Counsel for the Parties believe that more time is necessary to resolve this pivotal issue in the negotiation process, as part of the final effort to resolve

this case. Accordingly, the Parties request one final extension of the mediation process until July 31, 2008.

                                                Respectfully Submitted,

| | |
|---|---|
|       /s/ (VRR/by OWM) |       /s/ |
| JOSEPH D. GEBHARDT | JEFFREY A. TAYLOR, D.C. Bar # 498610 |
| (D.C. Bar No. 113894) | United States Attorney |
| VALENCIA R. RAINEY | |
| (D.C. Bar No. 434254) |       /s/ |
| GEBHARDT & ASSOCIATES, LLP | RUDOLPH CONTRERAS, D.C. Bar # 434122 |
| 1101 17th Street, N.W. | Assistant United States Attorney |
| Suite 807 | |
| Washington, D.C. 20036-4716 |       /s/ |
| (202) 496-0400 | OLIVER W. McDANIEL, D.C. Bar # 377360 |
| | Assistant United States Attorney |
| Counsel for the Plaintiff | Civil Division |
| | 555 Fourth Street, N.W. |
| | Washington, D.C.  20530 |
| | (202) 616-0739 |
| July 15, 2008 | |
| | Counsel for Defendant |