UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNY KRIESCH, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ED SCHAFER, )<br>Secretary of Agriculture, )<br>)<br>    Defendant. )<br>) | Civil Action No. 05-2402 (RMC) |

## JOINT STATUS REPORT

The Parties, through counsel, respectfully inform the Court of the status of their mediation efforts, consistent with the Court's July 16, 2008 Order. Since the filing of the July 15, 2008 Joint Status Report, the Parties have been unable settle the case. Although the Parties have talked, there have been no formal mediation sessions. The Parties will submit a proposed schedule by August 11, 2008.

Respectfully Submitted,

_____/s/ (VRR/by OWM)_____
JOSEPH D. GEBHARDT
(D.C. Bar No. 113894)
VALENCIA R. RAINEY
(D.C. Bar No. 434254)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, D.C. 20036-4716
(202) 496-0400

Counsel for the Plaintiff

August 4, 2008

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
OLIVER W. McDANIEL, D.C. Bar # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739

Counsel for Defendant