UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PENNY KRIESCH,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2402 (RMC) |
| ) | |
| **ED SCHAFER,** ) | |
| Secretary of Agriculture, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STATUS REPORT

The Parties, through counsel, respectfully inform the Court of their proposed schedule. In view of the status of mediation efforts as reported in the Parties' August 4, 2008 status report, Counsel for the Parties believe that they will be able to schedule one last settlement conference in this matter. Counsel and the other participants have a number of scheduling difficulties during this time. As a control on this process, the Parties propose that the Court schedule a post-mediation status conference on the 9th, 11th or 12th of September. The Parties also propose that the Court schedule the

filing of a status report in which the Parties will either advise the Court regarding the settlement of the case or proposed a schedule to litigate the case no later than September 8, 2008.

Respectfully Submitted,

| | |
|---|---|
|    /s/ (VRR/by OWM)    <br> JOSEPH D. GEBHARDT <br> (D.C. Bar No. 113894) <br> VALENCIA R. RAINEY <br> (D.C. Bar No. 434254) <br> GEBHARDT & ASSOCIATES, LLP <br> 1101 17th Street, N.W. <br> Suite 807 <br> Washington, D.C. 20036-4716 <br> (202) 496-0400 <br><br> Counsel for the Plaintiff <br><br><br> August 12, 2008 |    /s/    <br> JEFFREY A. TAYLOR, D.C. Bar # 498610 <br> United States Attorney <br><br>    /s/    <br> RUDOLPH CONTRERAS, D.C. Bar # 434122 <br> Assistant United States Attorney <br><br>    /s/    <br> OLIVER W. McDANIEL, D.C. Bar # 377360 <br> Assistant United States Attorney <br> Civil Division <br> 555 Fourth Street, N.W. <br> Washington, D.C.  20530 <br> (202) 616-0739 <br><br> Counsel for Defendant |