UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PENNY KRIESCH, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2402 (RMC) |
| | ) | |
| ED SCHAFER, | ) | |
| Secretary of Agriculture, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S STATUS REPORT

The Defendant, through counsel, respectfully provides the following update concerning mediation efforts as reported in the Parties' August 12, 2008 status report. Defendant will consider any written counter-offers communicated by Plaintiff before August 22, 2008, as opposed to participating in an in-person mediation session.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739 / (202) 514-8780 (Facsimile)

August 21, 2008