UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNY KRIESCH,<br>    Plaintiff,<br><br>v.<br><br>ED SCHAFER,<br>Secretary of Agriculture,<br><br>    Defendant. | Civil Action No. 05-2402 (RMC) |

## JOINT STATUS REPORT

The Parties, through counsel, respectfully inform the Court of the current status of mediation efforts and of their proposed schedule. The parties have exchanged written settlement offers since August 4, 2008. Plaintiff is currently considering a settlement offer communicated by the United States Department of Agriculture (USDA) late on September 3, 2008. The parties anticipate that they will know by September 12, 2008, if not sooner, whether the case will settle. If the case does not settle, the parties will request that the Court enter a scheduling order at the hearing on September 12, 2008.

The scheduling order should provide 6 months for discovery, 25 interrogatories and 10 depositions, 60 days before the close of discovery for proponent expert reports and 30 days before the close of discovery for responsive expert reports. If the parties do not stipulate to waive initial

disclosures, then the order should provide 30 days for initial disclosures and 45 days to file a stipulated electronic discovery plan and a stipulated privacy protection order.

Respectfully Submitted,

| | |
|---|---|
|    /s/ (VRR/by OWM)    <br> JOSEPH D. GEBHARDT <br> (D.C. Bar No. 113894) <br> VALENCIA R. RAINEY <br> (D.C. Bar No. 434254) <br> GEBHARDT & ASSOCIATES, LLP <br> 1101 17th Street, N.W. <br> Suite 807 <br> Washington, D.C. 20036-4716 <br> (202) 496-0400 <br><br> Counsel for the Plaintiff <br><br> September 8, 2008 |    /s/    <br> JEFFREY A. TAYLOR, D.C. Bar # 498610 <br> United States Attorney <br><br>    /s/    <br> RUDOLPH CONTRERAS, D.C. Bar # 434122 <br> Assistant United States Attorney <br><br>    /s/    <br> OLIVER W. McDANIEL, D.C. Bar # 377360 <br> Assistant United States Attorney <br> Civil Division <br> 555 Fourth Street, N.W. <br> Washington, D.C.  20530 <br> (202) 616-0739 <br><br> Counsel for Defendant |